05-51 GMS
05-52 GMS
05-136 GMS



FILED

APR 6 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# STATEMENT

## OF

## FACTS

## IV

DATE : 3/29/05

Jimmie Lewis
JIMMIE LEWIS
SBI # 506622
H.R.Y.C.I
P.O BOX 9561
WILM, DE 19809

1.) THE (D.D.O.C.) DELAWARE DEPARTMENT OF - CORRECTIONS COMMISSIONER, MR. STANLEY TAYLOR HAS VIOLATED MY 1ST, 4TH, 5TH, 6TH, 7TH, 8TH & 14TH UNITED STATES CONSTITUTIONAL RIGHTS. SEE PARAGRAPH(S), #'S 1 - 55 & #56, & #57

2.) THE (H.R.Y.C.I) HOWARD R. YOUNG CORRECTIONAL INSTITUTION'S WARDEN, MR. RAPHEL WILLIAMS HAS VIOLATED MY 1ST, 4TH, 5TH, 6TH, 7TH 8TH & 14TH, UNITED STATES CONSTITUTIONAL RIGHTS. SEE PARAGRAPH(S) #'S 1 - 55 & #56 & #57

3) (H.R.Y.C.I) % CORRECTIONAL OFFICER, CAPTAIN D. BAMFORD VIOLATED MY 1ST, 4TH, 5TH, 6TH, 7TH, 8TH & 14TH UNITED STATES CONSTITUTIONAL RIGHTS. SEE PARAGRAPH(S), # 11

4.) H.R.Y.C.I % CAPT EMIG VIOLATED MY 1ST 4TH, 5TH, 6TH 7TH 8TH & 14TH UNITED STATES CONSTITUTIONAL RIGHTS, SEE PARAGRAPHS # 11

5) H.R.Y.C.I % CAPT P. PARKER AKA LT. P. PARKER VIOLATED MY 1ST, 4TH, 5TH 6TH 7TH 8TH & 14TH UNITED STATES CONSTITUTIONAL RIGHTS. SEE PARAGRAPH(S) # 11, # 20

6) H.R.Y.C.I C/o CAPT JEFFERSON VIOLATED MY 5TH, 8TH, & 14TH UNITED STATES CONSTITUTIONAL RIGHTS. SEE PARAGRAPH(S), # 52

7.) (I.A) INTERNAL AFFAIRS OF THE (D.D.O.C) AND (H.R.Y.C.I) VIOLATED MY 5TH, 8TH & 14TH, UNITED STATES CONSTITUTIONAL RIGHTS. SEE PARAGRAPH(S), # 55

8.) H.R.Y.C.I C/o STAFF LT. J. SABATO VIOLATED MY 1ST, 4TH, 5TH, 6TH, 7TH, 8TH & 14TH — UNITED STATES CONSTITUTIONAL RIGHTS. SEE PARAGRAPH(S), # 11, # 18

9) H.R.Y.C.I C/o LT SHEETS VIOLATED MY 1ST, 4TH, 6TH, 5TH, 7TH, 8TH & 14TH. — UNITED STATES CONSTITUTIONAL RIGHTS. SEE PARAGRAPH(S), # 11, # 22

10) H.R.Y.C.I C/o LT. S. FARMER VIOLATED MY 1ST, 4TH, 5TH, 6TH, 7TH, 8TH, & 14TH — UNITED STATES CONSTITUTIONAL RIGHTS SEE PARAGRAPH(S), # 11, # 21, # 57

11). H.R.Y.C.I C/o LT. MITCHELL VIOLATED MY 5TH, 8TH, & 14TH UNITED STATES CONSTITUTIONAL RIGHTS. SEE PARAGRAPH(S), # 11, # 23

12.) H.R.Y.C.I C/o LT. CHUDZIG VIOLATED my 5TH, 8TH, & 14TH UNITED STATES CONSTITUTIONAL RIGHTS. SEE PARAGRAPH(S), # 13

13.) H.R.Y.C.I C/o SGT. M. MOODY VIOLATED my 5TH, 8TH & 14TH UNITED STATES CONSTITUTIONAL RIGHTS. SEE PARAGRAPH(S), # 51

14.) H.R.Y.C.I C/o SGT. F. WAY VIOLATED my 5TH, 8TH, & 14TH UNITED STATES CONSTITUTIONAL RIGHTS. SEE PARAGRAPH(S), #11, # 27, #14

15.) H.R.Y.C.I C/o SGT C. RICHARDS VIOLATED my 5TH, 8TH & 14TH UNITED STATES CONSTITUTIONAL RIGHTS. SEE PARAGRAPH(S), # 11

16.) H.R.Y.C.I C/o SGT MEDFORD VIOLATED my 5TH, 8TH & 14TH UNITED STATES CONSTITUTIONAL RIGHTS. SEE PARAGRAPH(S), # 11

17.) H.R.Y.C.I C/o SGT LEWIS VIOLATED my 5TH, 8TH & 14TH UNITED STATES CONSTITUTIONAL RIGHTS. SEE PARAGRAPH(S), # 44

18.) H.R.Y.C.I C/O SGT KENNEDY VIOLATED MY 5TH, 8TH & 14TH UNITED STATES CONSTITUTIONAL RIGHTS, SEE PARAGRAPH(S), # 44

19.) D.D.O.C C/O CORPORAL A. GOINS VIOLATED MY 5TH, 8TH & 14TH UNITED STATES CONSTITUTIONAL RIGHTS. SEE ATTACHED PARAGRAPH(S), # 10

20.) D.D.O.C C/O CORPORAL A. DAVIS VIOLATED MY 5TH, 8TH & 14TH UNITED STATES CONSTITUTIONAL RIGHTS. SEE PARAGRAPH(S), # 10

21.) H.R.Y.C.I C/O CORPORAL HARRIFORD VIOLATED MY 5TH, 8TH & 14TH UNITED STATE CONSTITUTIONAL RIGHTS. SEE PARAGRAPH(S), # 13, # 11, # 25

22.) H.R.Y.C.I C/O CORPORAL CHAPEL VIOLATED MY 5TH, 8TH & 14TH UNITED STATES CONSTITUTIONAL RIGHTS. SEE PARAGRAPH(S), # 13

23.) H.R.Y.C.I C/O CORPORAL CUMBERBACK VIOLATED MY 5TH, 8TH & 14TH UNITED STATES CONSTITUTIONAL RIGHTS. SEE PARAGRAPH(S), # 27, # 28

24.) H.R.Y.C.I C/O PRESLEY VIOLATED MY 5TH, 8TH, & 14TH UNITED STATES CONSTITUTIONAL RIGHTS. SEE PARAGRAPH(S), # 12

25.) H.R.Y.C.I C/O C. JOHNSON VIOLATED MY 5TH, 8TH, & 14TH UNITED STATES CONSTITUTIONAL RIGHTS. SEE PARAGRAPH(S), # 12, #54

26.) H.R.Y.C.I C/O TALENTI VIOLATED MY 5TH, 8TH, & 14TH UNITED STATES CONSTITUTIONAL RIGHTS. SEE PARAGRAPH(S), #44, #11, #3

27.) H.R.Y.C.I C/O M. BLUE VIOLATED MY 5TH, 8TH, & 14TH UNITED STATES CONSTITUTIONAL RIGHTS. SEE PARAGRAPH(S), #11

28.) H.R.Y.C.I C/O MS. NEWMAN VIOLATED MY 5TH, 8TH, & 14TH UNITED STATES CONSTITUTIONAL RIGHTS. SEE PARAGRAPH(S), # 11,

29.) H.R.Y.C.I C/O D. CARLOCK VIOLATED MY 5TH, 8TH, & 14TH UNITED STATES CONSTITUTIONAL RIGHTS. SEE PARAGRAPH(S) #11

30.) H.R.Y.C.I C/O B. APA VIOLATED MY 5TH, 8TH & 14TH UNITED STATES CONSTITUTIONAL RIGHTS. SEE PARAGRAPH(S), #54,

31.) H.R.Y.C.I C/O V. WILLIAMS VIOLATED MY 5TH, 8TH & 14TH UNITED STATES CONSTITUTIONAL RIGHTS. SEE PARAGRAPH(S), # 27, #15

32.) H.R.Y.C.I C/O CANON VIOLATED MY 5TH, 8TH, & 14TH UNITED STATES CONSTITUTIONAL RIGHTS SEE PARAGRAPH(S), # 27

33.) H.R.Y.C.I C/O G. INCE VIOLATED MY 5TH, 8TH, & 14TH UNITED STATES CONSTITUTIONAL RIGHTS. SEE PARAGRAPH(S), # 27

34.) H.R.Y.C.I C/O SOUL VIOLATED MY 5TH, 8TH & 14TH UNITED STATES CONSTITUTIONAL RIGHTS. SEE PARAGRAPH(S), # 13

35.) H.R.Y.C.I C/O A. ARMSTRONG VIOLATED MY 5TH, 8TH, & 14TH UNITED STATES CONSTITUTIONAL RIGHTS. SEE PARAGRAPH(S), # 11

36.) H.R.Y.C.I C/O GASSNER VIOLATED MY 5TH, 8TH, & 14 UNITED STATES CONSTITUTIONAL RIGHTS. SEE PARAGRAPH(S), # 28

37.) H.R.Y.C.I C/O D. YOUNG VIOLATED MY 5TH, 8TH, & 14TH UNITED STATES CONSTITUTIONAL RIGHTS. SEE PARAGRAPH(S), # 11

38.) H.R.Y.C I C/O MACK .R VIOLATED MY 5TH, 8TH & 14TH UNITED STATES CONSTITUTIONAL RIGHTS. SEE PARAGRAPH(S), #44, #27

39.) H.R.Y.C.I C/O N. BORDLEY VIOLATED MY 5TH, 8TH & 14TH UNITED STATES CONSTITUTIONAL RIGHTS. SEE PARAGRAPH(S), # 11

40.) FIRST CORRECTIONAL MEDICAL (F.C.M) VIOLATED MY 1ST, 4TH, 5TH, 6TH, 8TH & 14TH UNITED STATES CONSTITUTIONAL RIGHTS. SEE PARAGRAPH(S), # 1, #2, #3, # 4, #5 #7, # 8, #16,

41.) F.C.M's DOCTOR ALI VIOLATED MY 5TH, 8TH, & 14TH UNITED STATES CONSTITUTIONAL RIGHTS. SEE PARAGRAPH(S) ~~#14~~ # 8

42.) F.C.M's DOCTOR JOSHI VIOLATED MY 5TH, 8TH, & 14TH UNITED STATES CONSTITUTIONAL RIGHTS. SEE PARAGRAPH(S), #2, #3, # 4, #5.

43.) F.C.M's DOCTOR BOSTON VIOLATED MY 5TH, 8TH, & 14TH UNITED STATES CONSTITUTIONAL RIGHTS. SEE PARAGRAPH(S), #53

44.) F.C.M's P.A FISH VIOLATED my
    UNITED STATES CONSTITUTIONAL RIGHTS.
SEE PARAGRAPH(S), # 5

45.) F.C.M's MENTAL HEALTH CARE PROVIDER
    MS. D. MUSKARELI VIOLATED my 5TH, 8TH & 14TH
UNITED STATES CONSTITUTIONAL RIGHTS.
SEE PARAGRAPH(S), ~~~~~ # 26

46). F.C.M's NURSE INNA VIOLATED my 5TH, 8TH,
& 14TH UNITED STATES CONSTITUTIONAL RIGHTS.
SEE PARAGRAPH(S), # 4

47.) F.C.M's NURSE DIANNE HERNANDEZ VIOLATED my
    5TH, 8TH, & 14TH UNITED STATES CONSTITUTIONAL
RIGHTS. SEE PARAGRAPH(S), # 4

48.) F.C.M's NURSE K. JOHNSON VIOLATED my
    5TH, 8TH & 14TH UNITED STATES CONSTITUTIONAL
RIGHTS. SEE PARAGRAPH(S), # 11

49.) F.C.M's NURSE C. BELL VIOLATED my
    5TH, 8TH, & 14TH UNITED STATES CONSTITUTIONAL
RIGHTS. SEE PARAGRAPH(S), # 11

50.) H.R.Y.C.I SECURITY SUPERINTENDANT VIOLATED my
    5TH 8TH & 14TH UNITED STATES CONSTITUTIONAL
RIGHTS. SEE PARAGRAPH(S), # 50, # 17

51) H.R.Y.C.I C/O WAYMAN VIOLATED MY
5TH, 8TH & 14TH UNITED STATES CONSTITUTIONAL
RIGHTS, SEE PARAGRAPH(S), #6

52.) H.R.Y.C.I C/O MASE VIOLATED MY 5TH, 8TH,
& 14TH UNITED STATES CONSTITUTIONAL
RIGHTS. SEE PARAGRAPH(S) #27

53.) H.R.Y.C.I C/O CHAFFER VIOLATED MY
5TH, 8TH & 14TH UNITED STATES CONSTITUTIONAL
RIGHTS. SEE PARAGRAPH(S), # 27

54.) F.C.M's NURSE JEROMY VIOLATED MY
5TH, 8TH & 14TH UNITED STATES CONSTITUTIONAL
RIGHTS. SEE PARAGRAPH(S), # 4

55.) H.R.Y.C.I C/O RODRIGUEZ VIOLATED MY 5TH, 8TH,
AND 14TH UNITED STATES CONSTITUTIONAL RIGHTS
SEE PARAGRAPH(S) # 39, #28,

56) H.R.Y.C.I C/O HARDGRAVE VIOLATED MY 5TH,
8TH & 14TH UNITED STATES CONSTITUTIONAL
RIGHTS. SEE PARAGRAPH(S), # 28

57.) H.R.Y.C.I C/O EMIG VIOLATED MY 5TH, 8TH,
& 14TH UNITED STATES CONSTITUTIONAL RIGHTS.
SEE PARAGRAPH(S.), # 28

58) H.R.Y.C.I C/o DAVIS VIOLATED MY 5TH, 8TH & 14TH UNITED STATES CONSTITUTIONAL RIGHTS. SEE PARAGRAPH(S), # 28

59.) H.R.Y.C.I FOOD SERVICE ADMINISTRATOR MICHAEL KNIGHT VIOLATED MY 5TH, 8TH, 1ST, & 14TH UNITED STATES CONSTITUTIONAL RIGHTS. SEE PARAGRAPH(S), #40, #41

60.) H.R.Y.C.I C/o LT POLK VIOLATED MY 5TH, 1ST, 4TH, 6TH, 7TH, 8TH, & 14TH UNITED STATES CONSTITUTIONAL RIGHTS. SEE PARAGRAPH(S), #24

( PARAGRAPH #1 )

THE DATE OF MY INCARCERATION 5/26/03, THE WILMINGTON DELAWARE POLICE PUT ME IN THE CUSTODY OF THE DELAWARE DEPARTMENT OF CORRECTIONS (D.O.O:C) AT THE HOWARD - R. YOUNG CORRECTIONAL INSTITUTION, (H.R.Y.C.I) AKA - THE MULTI PURPOSE CRIMINAL JUSTICE FACILITY, (M.P.C.J.F), LOCATED AT 1301 E. 12TH STREET, WILMINGTON, DE 19809. AT THAT TIME I WAS CLASSIFIED BY FIRST CORRECTIONAL MEDICAL (F.C.M), AS BEING DELUSSIONAL AND PSYCHOTIC, FOR WHICH IS WHY I WAS ADMITTED INTO THE INFIRMARY'S PSYCH CLOSE OBSERVATION ROOM(S) #196 AND OR #197 ON PCO LEVEL II STATUS, IN WHICH IS LEASED AND FACILITATED BY (F.C.M). (F.C.M) DID NOT HAVE A MENTAL HEALTH CARE PROVIDER ON STAFF 24 HOURS A DAY TO ADMINISTER MENTAL HEALTH CARE, WHEN EVER A MENTAL HEALTH PATIENT SUCH AS MYSELF NEEDS IT, AND (F.C.M) STILL DOESN'T HAVE A 24 HOUR MENTAL HEALTH CARE PROVIDER. I WAS LEFT WITHOUT MENTAL HEALTH CARE DURING VITAL MOMENTS OF MY ADMISSION IN THE INFIRMARY, FOR EXAMPLE WHEN EVER I WAS DELUSIONAL AND OR PSYCHOTIC DURING 12 TO 8 SHIFT, THERE WAS NOT A MENTAL HEALTH CARE PROVIDER ON DUTY, OR EITHER WHEN I SIMPLY REQUESTED DRINKING WATER, OR WHEN I REQUESTED TO WASH MY HANDS WITH SOAP AND WATER BEFORE MEALS WERE SERVED

(CONT.)                                                    (P. 2)

OR TO SUPERVISE RECREATIONAL RELIEF. BECAUSE THERE

IS NOT A MENTAL HEALTH CARE PROVIDER READILY AVAILABLE

24 HOURS OR SIMPLY POSTED IN THE INFIRMARY DURING REGULAR

WORKING HOURS? , GIVES REASON WHY NANCY DUNLAP AN

INVESTIGATOR FOR THE DISTRICT ATTORNEY WAS ALLOWED TO

INTERVIEW ME WHILE I WAS WEARING A SUICIDE GOWN , —

INCOMPETENT UNDER THE INFLUENCE OF MIND ALTERING

PSYCHOTROPIC MEDICATIONS. DUE TO THE LACK OF PROPER MENTAL

HEALT CARE SUPERVISION GIVES REASON TO WHY I WAS CALLED

TO STAND TRIAL WITHOUT (F.C.M) FIRST INFORMING THE

SUPERIOR COURT OF MY CRONIC MENTAL HEALTH STATUS

FOR WHICH I WAS PRESCRIBED PSYCHOTROPIC MEDICINE BY (F.C.M's)

DOCTOR, DR JOSHI , AND FOR WHICH I AM NOW PRESENTLY

PRESCRIBED 400 MG's OF SEROQUEL DAILY.

( PARAGRAPH 2 )

THE (D.D.O.C) (H.R.Y.C.I) , INFIRMARY'S PSYCH CLOSE

OBSERVATION ROOM(S) # 196 & # 197 ARE THE ROOMS THAT

(F.C.M) ADMITTED ME INTO THAT CAUSED ME TO BE

REPEATEDLY SUBJECTED TO MANY DIFFERENT MENTAL AND

PHYSICAL HEALTH HAZARDS. WHEN EVER I WAS DIAGNOSED

AS BEING DELUSIONAL OR PSYCHOTIC I WOULD BE ADMITTED

INTO EITHER ROOM # 196 OR # 197 IN WHICH DISPLAYED

ME BEING SUBJECTED TO THE INHUMANE LIVING CONDITIONS ,

AND THEREFOR SUBJECTING ME TO BE MOCK , RIDICULED AND

SLANDERED AS IF I WERE A ANIMAL IN A CAGE AT THE ZOO.

(CONT.)                                                    (P.3)

THE (CAGES) - ROOMS HAVE WINDOWS THAT ARE ABOUT 3 FEET IN LENGTH AND 2 FEET IN WIDTH. THESE ROOMS ARE THE ONLY DESIGNATED ASSIGNED HOUSING QUARTERS FOR PSYCH PATIENTS ON PCO LEVEL II STATUS. THESE ROOMS ARE NOT DESIGNED TO BE INHABITATED FOR MORE THAN (4) HOURS. I WAS MADE TO SUFFER BECAUSE THE PSYCHIATRIST DIDNT, NOR DID THE MENTAL HEALTH CARE STAFF ASSESS ME FOR DISCHARGE EVER (4) HOURS, AND ALSO BECAUSE THERE ARE NO SINKS WITH RUNNING WATER, AND BECAUSE THERE ARE NO TOILETS THAT GRANTED ME PROPER DISPOSAL OF MY BODILY FLUIDS AND OR BODILY WASTE, TAKE NOTICE THAT IT IS NOT POLICY FOR H.R.Y.C.I SECURITY STAFF TO ALLOW ME ~~TO~~ ADEQUATE ACCESS TO A SINK OR TOILET TO PROPERLY DISPOSE OF BODILY FLUIDS AND OR BODILY WASTE WHILE I WAS PRESCRIBED TO BE ON PSYCH PCO LEVEL II STATUS. THIS GIVES REASON WHY ROOMS # 196 AND # 197 HAVE BECOME SATURATED WITH FECES, URINE, MUCUS, BLOOD, SALIVA AND MANY OTHER COMMUNICABLE GERMS IN WHICH ARE DIRECTLY RESPONSIBLE FOR MY BLADDER BECOMING INFECTED MORE THAN (5) TIMES.

( PARAGRAPH 3 )

APON MY BEING ~~PSYCHIAT~~ SUBJECTED TO ROOMS # 196 AND OR # 197 FOR DAYS, WEEKS AND FOR AS LONG AS A MONTH, DURING MY ADMISSION IN THE INFIRMARY,

(CONT.)                                                    (P. 4)

   8 TO 4 SHIFT C/O's TALENTI AND MS. NEWMAN,
AND 4 TO 12 SHIFT C/O's M. BLUE HAVE ALL REPEATEDLY
DENIED MY EVERY REQUEST TO BE ALLOWED TO SIMPLY
WASH MY HANDS WITH SOAP AND WATER BEFORE MEALS
ARE SERVED, THESE EXACT SAME (H.R.Y.C.I) CORRECTIONAL
OFFICERS HAVE ALSO REPEATEDLY DENIED ME DRINKING —
WATER, IN WHICH CAUSED ME TO BECOME DEHYRATED
ON MANY OCCASIONS CAUSING MY BLADDER INFECTION TO
BECOME AMPLIFIED. (H.R.Y.C.I) C/O TALENTI HAS ALSO
INTERFERRED WITH MY TREATMENT PRESCRIBED TO ME BY
DR. JOSHI, BY WRITING DISCIPLINARY REPORTS THAT SUBJECTED
ME TO THE (DHU) DISCIPLINARY HOUSING UNIT A PLACE THAT
I CAN NOT RECEIVE ADEQUATE PSYCHOLOGICAL THERAPY.
OFFICER TALENTI HAS ALSO REMOVED ITEMS I PURCHASED
FROM COMMISSARY ON MANY DIFFERENT OCCASSIONS SUCH AS
T-SHIRTS, SOCKS, UNDERWEAR AND SEVERAL BOOKS
THAT TOTAL VALUE EQUALS $ 200.

              (PARAGRAPH 4)

DURING THE SUMMER, THE ROOMS BECOME EXTREMELY HOT,
TO THE POINT THE CLIMATE IN THE POORLY VENTILATED ROOMS
TRANSFORM THE ROOMS INTO A SAUNA, IN WHICH HAS
CAUSED ME TO SWEAT HEAVILY, LITERALLY CAUSING ME
TO GASP FOR OXYGEN, IN WHICH ONLY MAGNIFIED MY NEED
FOR WATER (10) FOLD, ONLY TO HAVE MY REQUEST
FOR WATER DENIED, IMAGINE THE AGONY, I HAVE!

(CONT.)                                                        (P. 5)

I WOULD OFTEN WONDER IF THERE WAS A DIFFERENCE OF HOW I WAS THINKING AND FEELING, FROM HOW SOMEONE WHO WAS ON A JOURNEY ACROSS A DESERT LOST WITHOUT WATER? DURING THE WINTER MONTHS THE ROOMS ARE LITERALLY FREEZING TO THE POINT WERE I HAVE BEEN ABLE TO SEE STEAM WHEN I EXHALED. EVERY ONE IN THE FACILITY WOULD HAVE ON HATS, SWEATERS, SCARFS, COATS AND GLOVES BUT BECAUSE FIRST CORRECTIONAL MEDICAL WAS OR IS SHORT OF STAFF, IT IS POLICY FOR PSYCH CLOSE WATCH LEVEL II PATIENTS TO BE STRIPPED OF ALL PERSONAL CLOTHING AND ITEMS, FOR WHICH ARE REPLACED BY ULTRA THIN PAPER GOWNS AND PAPER FOOTIES. BECAUSE THERE IS NO SUICIDE MATTRESS AT ALL, AND BECAUSE THE ROOM(S), #196 & #197 ARE NOT PADDED OR RUBBERIZED, GIVES REASON FOR WHY I WAS FORCED TO ENDURE MY BARE SKIN COMING IN DIRECT CONTACT WITH THE ICE COLD FLOOR, THE ICE COLD CONCRETE PLATFORM OR THE ICE COLD PLASTIC (4) POINT RESTRAINT HARNESS WHEN EVER I HAD TO SIT OR REST. BECAUSE OF THIS I HAVE BECOME SICK WITH COLD AND FLU ON SEVERAL DIFFERENT OCCASIONS. ON SEVERAL OCCASSIONS I HAVE TRIED TO OBTAIN MEDICAL TREATMENT FOR THESE ILLNESSES WHILE I WAS PRESCRIBED TO BE ON PCO-LEVEL II PSYCH CLOSE OBSERVATION STATUS, ONLY TO BE REPEATEDLY DENIED MEDICAL TREATMENT BY NURSE INNA, NURSE DIANNE HERNANDEZ, NURSE JEROMY AND NURSE P.A FISH. ⟶

(CONT.)                                                    (P.6)

THE CITED (F.C.M) MEDICAL STAFF WOULD
INSTRUCT ME TO FILL OUT A MEDICAL SICK CALL SLIP,
KNOWING VERY WELL THAT (F.C.M AND OR H.R.Y.C.I)
POLICY PROHIBITED ME FROM OBTAINING A PEN OR PENCIL
AND PAPER. DOCTOR ARAMBURO WOULD PRESCRIBE ME
MEDICINE ONCE I WAS DISCHARGED FROM THE INFIRMARY.
THESE ROOMS WERE PRESCRIBED TO ENSURE MY SAFETY,
BUT HAVE ONLY SERVED ME AS REPULSIVE, HIDEOUS,
TORTURE CHAMBERS THAT ARE DIRECTLY RESPONSIBLE
FOR THE PHYSICAL ILLNESSES I HAVE STATED, AS WELL AS
FOR CAUSING ME TO CONTEMPLATE INDEPTH SUICIDAL
WAYS AS A QUICK RATIONAL FORM OF RELIEF. I HAVE
BEEN SUBJECTED TO THESE CONDITIONS ON MANY DIFFERENT
OCCASIONS, RANGING FROM ~~████████████████~~
5/26/2003 TO MARCH 2005.

(PARAGRAPH 5)

WHILE PRESCRIBED TO BE ON PSYCH CLOSE OBSERVATION
PCO LEVEL II STATUS, THE TIME HAD COME FOR ME TO
FILE APPLICATION FOR CERTIFICATION TO THE SUPREME COURT,
SO I INFORMED OFFICER TALENTI, WHO NOTIFIED CAPT EMIG,
CAPT EMIG NOTIFIED MENTAL HEALTH PROVIDER D. NAPOLIN,
D. NAPOLIN NOTIFIED P.A FISH, P.A FISH NOT ONLY DENIED
ME LEGAL ASSISTANCE, BUT P.A FISH WROTE A MEMO
THAT DENIED ME MY CONSTITUTIONAL RIGHT TO RECEIVE
AND OR TO SEND LEGAL MAIL. ⟶

( CONT )

( P. 7 )

IT IS ALSO POLICY OT ( F.C.M ) AND ( H.R.Y.C.I )
THAT HAS REPEATEDLY DENIED ME AN ADMISSION
PHONE CALL TO MY FAMILY AND OR TO MY ATTORNEY
APON MY BEING ADMITTED INTO THE INFIRMARY,
TO INFORM THEM OF MY PSYCHOLOGICAL CONDITION,
NOR DID OR WOULD ( F.C.M ) OR ( H.R.Y.C.I ) CONTACT
MY FAMILY AND OR MY ATTORNEY FOR ME.
THESE DENIALS HAVE CAUSED ME DILEMMA'S CONCERNING
MY SUPERIOR. COURT CASE, IN WHICH ULTIMATELY
DENIED ME MY CONSTITUTIONAL RIGHT TO A FULL
AND FAIR TRIAL.

( PARAGRAPH 6 )

OFFICER WAYMAN HAS ON NUMEROUS OCCASSIONS
DENIED ME ADEQUATE TIME WITH THE DOCTOR, WHENEVER
I WAS CALLED FOR A DOCTORS VISIT, BY COMING TO
GET ME FIVE OR TEN MINUTES BEFORE INSTITUTIONAL
COUNT TIME, RUSHING ME INTO THE DOCTORS OFFICE
THEN ABRUPTLY ENDING MY DOCTORS VISIT BEFORE
I WOULD BE ABLE TO RECEIVE PROPER CONSULTATION
AND OR TREATMENT; IN WHICH I VIEW AS DELIBERATE
INDIFFERENCE.

(PARAGRAPH 7)                    (P. 8)

DR. ARAMBURO HAS INTERFERRED WITH AND
DELIBERATELY DENIED ME WHAT WAS PRESCRIBED
TO ME BY MY CARDIOLOGIST, DR. PAUL C. PENNOCK, M.D.
MEDICAL OFFICE BUILDING, SUITE 407, 7TH & CLAYTON ST,
WILMINGTON, DELAWARE 19805 (302) 421-9721
DR. PENNOCK PRESCRIBED THAT I GET MY BLOOD
PRESURE CHECKED (3) TIME A WEEK UNTIL MY
BLOOD PRESURE WAS STABLE ENOUGH TO BE CONSIDERED
SAFE. THIS IS A PRESCRIPTION THAT WAS PRESCRIBED
TO ME AFTER PARTISCIPATING IN A STRESS TEST,
DUE TO ABNORMAL (EKG) TEST THAT CALLED FOR ME
TO BE GIVEN NITROGLYCRIN ON (2) DIFFERENT OCCASSIONS.
DR. ARAMBURO CHANGE AND OR DID NOT ADHERE TO
DR. PENNOCKS PRESCRIPTION HAS PLACED ME IN HARMS
WAY, IN WHICH DEFINES DELIBERATE INDIFFERANCE.

(PARAGRAPH 8)

ON FIVE (5) DIFFERENT OCCASSIONS DR. ARAMBURO HAS
PRESCRIBED ME THE ANTI-BIOTIC BACTRIM FOR RE-OCCURING
BLADDER INFECTION, SUBSEQUENTLY I WAS TRANSFERRED TO
THE DELAWARE PSYCHIATRIC CENTER, AND DR. RAM ALSO
TESTED AND DIAGNOSED ME, AND THEN PRESCRIBED ME THE
ANTI-BIOTIC BACTRIM. THEREAFTER DR. S. FOSTER
CONSULTED WITH DR. RAM AND I WAS SCHEDULED TO
VISIT A UROLOGIST, BUT I WAS TRANSFERRED BAC TO (D.O.C)-

( CONT. )                                                    P. 9

AT THE (H.R.Y.C.I), BACK INTO THE CARE
OF THE (F.C.M) DOCTORS. I BROUGH THE
FACT THAT DR. RAM AND OR DR. S. FOSTER
SCHEDULED ME TO VISIT A UROLOGIST TO DR. ARAMBURO'S
ATTENTION. DR. ARAMBURO CHECKED THE DOCTORS NOTES
FROM THE DELAWARE PSYCHIATRIC CENTER AND THE
WROTE A ~~KONGULING~~ REFERRAL, BUT DR. ALI DENIES
THE REFERRAL. DR. ALI'S DECISSION DENING MY VISIT
TO A UROLOGIST DEFINES DELIBERATE INDIFFERENCE.

( PARAGRAPH 9 )

I WROTE TO (H.R.Y.C.I) WARDEN MR. RAPHEL WILLIAMS
IN ORDER TO HAVE MY CIVILIAN ATTIRE TRANSFERRED TO
THE NEW CASTLE COUNTY COURTHOUSE, IN ORDER FOR ME
TO BE ABLE TO PRESENT MYSELF IN FRONT OF THE JURORS
AS A RESPECTABLE LAW ABIDING CITIZEN, ETC, ETC.
BUT ON OCT 6, 2003 (H.R.Y.C.I) WARDEN —
MR. RAPHEL WILLIAMS INFORMED ME THAT MY CIVILIAN
CLOTING WOULD NOT BE TRANSFERRED TO THE NEW CASTLE
COUNTY COURTHOUSE FOR SECURITY/ REASONS. SAID DENIAL
DENIED ME MY CONSTITUTIONAL RIGHT FOR A
FULL AND FAIR TRIAL.

(PARAGRAPH 10)                                    (P. 10)

DURING MY FIRST DAY OF TRIAL ON 10/21/03,
D.D.O.C OFFICERS, CORPORAL A. DAVIS AND CORPORAL—
A. GOINS WHO PROVIDED TRIAL COURT SECURITY FOR
THE HONORABLE JUDGE PEGGY L. ABLEMAN ASSULTED AND
THREATENED ME ON THE COURT HOUSE ELEVATOR. AS WELL
AS ON THE COURT HOUSE GROUND FLOOR. THESE INCIDENTS
PUT ME IN A STATE OF DURESS AS I PRESENTED TRIAL
TESTIMONY, DUE TO THE FACT THAT BOTH OFFICER HAD
THREATENED TO SPRAY ME WITH CAPSTUN AND BEAT ME
IF I SPOKE IN THE COURT ROOM, THIS ALONG WITH MY
BEING SEATED RIGHT NEXT TO CORPORAL A. DAVIS AS
I PRESENTED TRIAL TESTIMONY, DENIED MY CONSTITUTIONAL
RIGHT TO A FULL AND FAIR TRIAL. A COPY OF
MY COMPLAINT IS ALSO DOCUMENTED AND FILED IN MY
SUPERIOR COURT CRIMINAL CASE FILE NO. 0305016966
I HAVE SUBMITTED GRIEVANCES ON THIS MATTER, AS WELL
AS FOR INCIDENTS THAT OCCURED ON FEB, 11, 2005
THE DATE I RETURNED TO THE NEW CASTLE COUNTY
COURT HOUSE TO BE SENTENCED, AT WHICH OFFICERS
A. GOINS THREATENED ME AND OFFICER A. DAVIS
RIDICULED ME IN DIRECT REGARDS TO 10/21/03.

( PARAGRAPH 11 )                                    ( P. 11 )

DURING THE COURSE OF MY INCARCERATION AT (H.R.Y.C.I)
MY CRONIC MENTAL ILLNESSES HAS CAUSED ME TO BE
SUBJECTED TO NUMEROUS DISCIPLINARY ACTIONS THAT HAVE
UNDOUBTEDLY INTERUPTED TREATMENT TO ME BY DR. JOSHI
A (F.C.M) PSYCHIATRIST OR THE MENTAL HEALTH STAFF.
CAPT EMIG , CAPT BAMFORD , LT. P. PARKER AKA
CAPT P. PARKER HAVE ALL PLACED ME ON ADMINISTRATIVE
SEGREGATION OR ON THE DISCIPLINARY HOUSING UNIT —
WITHOUT FIRST OBTAINING A PSYCHOLOGICAL ASSESSMENT
OR EVALUATION EVEN THOUGH THEY WERE AND ARE FULLY
OF MY MENTAL HEALTH PATIENT STATUS.
LT. J. SABATO , LT. SHEETS , LT. S. FARMER , LT. SIGNH ,
LT. MITCHELL , SGT KENNEDY , SGT. MEDFORD ,
SGT. F. WAY , SGT C. RICHARDS , HAVE ALL CONDUCTED
DISCIPLINARY PROCEEDURES WHILE I WAS PRESCRIBED TO BE
ON PSYCH CLOSE OBSERVATION PCO LEVEL II STATUS ,
WITHOUT FIRST OBTAINING A PSYCHOLOGICAL ASSESSMENT
OR EVALUATION , EVEN THOUGH THEY WERE AND ARE FULLY
AWARE OF MY MENTAL HEALTH ~~EVALUATION~~ PATIENT STATUS.
C/O M. BLUE , C/O D. CARLOCK , C/O D. YOUNG , C/O N. BORDLEY ,
C/O A. ARMSTRONG , NURSE C. BELL , NURSE K. JOHNSON
ALL CONDUCTED DISCIPLINARY PROCEDURES ON ME WHILE I
WAS PRESCRIBED TO BE ON PSYCH CLOSE OBSERVATION PCO—
LEVEL II STATUS , WITHOUT FIRST OBTAINING A PSYCHOLOGICAL
ASSESSMENT OR EVALUATION , EVEN THOUGH THEY WERE FULLY
AWARE OF MY MENTAL HEALTH STATUS.

( PARAGRAPH 12 )                    ( P.12 )

ON OR ABOUT AUG 15, 2003 I WAS IN CELL # 1
ON I-E POD , THE DISCIPLINARY HOUSING UNIT (DHU).
I CONFRONTED OFFICER PRESLEY ABOUT COACHING HIS
CO-WORK OFFICER C. JOHNSON HOW TO BEST FALSIFY
EXCESSIVE FORCE REPORTS BY SIMPLY STATING THE
INMATE LUNGED AT YOU IN A THREATENING MANNER,
AND THAT CAPSTUN WAS YOUR MOST APPROPRIATE
MEANS OF DEFENSE. NOTE: OFFICER PRESLEY STATED THAT
HE HAS DONE THIS ON NUMEROUS OCCASSIONS ALREADY
AND THAT HE HAS NEVER BEEN REPERMANDED FOR IT YET.
IT WAS THEREAFTER THAT OFFICER PRESLEY ORDERED ME
TO THE REAR OF THE CELL AS HE OPENED THE DOOR.
OFFICER C. JOHNSON STOOD AT THE DOORWAY AS OFFICER
PRESLEY APPROACHED ME AND BEGAN SPRAYING ME WITH
CAPSTUN APON MY FACE, HANDS AND HEAD UNTIL I
WAS SOAKED. LT. S. FARMER ALSO STOOD BY AND
WATCHED, AFTER ABOUT 40 MINUTES I BEGAN TO KICK
AND BANG ON THE DOOR FOR MEDICAL ASSISTANCE, I WAS
THEN ESCORTED TO THE INFIRMARY, BUT THE NURSE WAS
NOT ALLOWED TO PROVIDER MEDICAL ASSISTANCE FOR MY
BURNING EYES, SKIN AND LUNGS, IN WHICH CONTINUED
FOR SEVERAL DAYS, PER LT. S. FARMER.
    NOTE: THERE WAS NOT ANY DISCIPLINARY REPORT
WROTE AGAINST ME, IN WHICH VARIFIES THAT
UNJUSTIFIABLE FORCE WAS UTILIZED AGAINST ME.

(PARAGRAPH 13)                                    (P. 13)

ON OR ABOUT OCT 2, 2003, 12 TO 8 SHIFT OFFICERS
LT. CHUDZIK, C/O HARRIFORD LEAD WORKER AKA
CORPORAL HARRIFORD AND C/O SOUL ALL CAME INTO
MY ASSIGNED CELL 1-F POD ADMINISTRATIVE-
SEGREGATION DUE TO MY REQUESTING TO BE ALLOWED
TO SHOWER BEFORE BEING TRANSFERRED TO COURT.
I INFORMED THE OFFICERS THAT I HAD NOT BEEN
ABLE TO UTILIZE WATER FOR MORE THAN 72 HOURS
BECAUSE MY SINK AND TOILET WATER HAD BEEN SHUT
OFF DUE TO FLOODING. IN IMMEDIATE RESPONSE TO MY
REQUEST LT. CHUDZIK ORDERED ONE OF HIS OFFICERS
TO GET THE STRECHER FROM THE INFIRMARY. I WAS
THEN HAND CUFFED AND MY FEET WERE SHACKELED, THEN
I WAS STRAPPED DOWN TO THE STRECHER AND BARGED
INTO THE DOORS AND WALLS FOR MORE THAN 40 YARDS
UNTIL WE ARRIVED AT A AREA CALLED BOOKING AND -
RECEIVING, I WAS THEN UNSTRAPPED FROM THE
STRECHER AND TOSSED ON TO THE FLOOR HEAD AND
SHOULDERS FIRST WHILE I WAS STILL HAND CUFFED
AND SHACKELED. AT THIS POINT CORPORAL CHAPEL
JOINED IN AND STEPPED ON MY HAND, WHILE C/O -
HARRIFORD STEPPED ON MY NECK, AND C/O SOUL
BENT MY LEGS WITHOUT TRYING TO REMOVE THE HAD CUFFS
OF SHACKELES. NOTE: AS THE HAND CUFFS AND SHACKELS
WERE BEING REMOVED, LT. CHUDZIK AND CORORAL CHAPEL
CONTINUOSLY SHOUTED OFFENSIVE OBSCENE REMARKS
I DIDNT RECEIVE A DISCIPLINARY REPORT FOR THE INCIDENT.

( PARAGRAPH  14 )        ( P. 14 )

WHILE HOUSED ON 1-F POD CELL 13 , FOR REASONS
THAT WERE UNPROVOKED BY ME, I WAS ATTACKED AND
ASSULTED BY AN INMATE NAME EARL WHO UTILIZED A
BROOM STICK TO SHATTER THE WINDOW TO MY ASSIGNED
CELL DOOR WHILE I WAS STANDING AT THE DOOR.
SHARP FINE GLASS FROM THE CELL DOOR'S WINDOW, STUCK
INSIDE OF MY FACE, NECK ARMS AND BODY. I WAS
TAKEN TO MEDICAL , AND THE DOCTOR SIMPLY PRESCRIBED
THAT THE BEST WAY TO REMOVE THE FINE GLASS PARTICLES
WOULD BE FOR ME TO SHOWER . BUT SGT FRED WAY
MOVED ME FROM CELL # 13 TO CELL # 18 , AND
INSTRUCTED C/O SHADE NOT TO ALLOW ME TO SHOWER ?
EVEN THOUGH I WAS SCHEDULED TO SHOWER THAT DAY.
I HAD TO WAIT 48 HOURS BEFORE I COULD SHOWER
THE GLASS OFF OF MY BODY.

( PARAGRAPH 15 )

WHILE HOUSED ON 1-E I WAS ATTACKED AND ASSULTED
BY INMATES MYRON WILLIAMS AND TOSHAWN EDWARDS,
FOR WHICH WAS A DIRECT RESULT OF THE POD OFFICERS
NEGLEGENCE . TOSHAWN EDWARDS SBI# 439812 WAS
ALREADY CLASSIFIED TO MAXIMUM SECURITY , NOTE THAT
INMATE EDWARDS WAS A SENTENCED PRISONER AND I WAS
NOT SENTENCED . NOTE: THESE ATTACKS ARE BELIEVED TO
BE DIRECTLY RELATED TO THREATS I RECEIVED BY
SECURITY STAFF HERE AT ( H . R . Y . C . I ).

(PARAGRAPH 16)                    (P. 14)

BEING A MENTAL HEALTH PATIENT INCARCERATED
AT (H.R.Y.C.I) HAS BEEN SO DETRIMENTAL TO MY
MENTAL HEALTH TREATMENT, DUE TO THE NUMEROUS
CONSTITUTIONAL VIOLATIONS THAT HAVE BEEN COMMITTED
AGAINST ME, SHOULD UNDOUBTEDLY CLASSIFY) ANY MEDICAL
REPORTS UTILIZED BY THE DELAWARE PSYCHIATRIC CENTER
THAT WERE THE RESULT OF (F.C.M) AND OR (H.R.Y.C.I)
PSYCHOLOGICAL ASSESSMENT TO PRODUCE A FORENSIC
PSYCHIATRIC EVALUATION, SHOULD NOT BE RELIED ON
BY THE TRIAL/SENTENCING JUDGE PEGGY L. ABLEMAN.

(PARAGRAPH 17)

THROUGH OUT THE COURSE OF MY INCARCERATION AT
(H.R.Y.C.I) I HAVE BEEN EXPOSED TO CAPSTUN, IN-
WHICH HAS ON EVERY OCCASSION CASED MY EYES TO BURN,
MY THROAT TO BURN, MY LUNGS TO BURN AND MY
SKIN TO BURN. THIS HAS HAPPENED TO ME AT LEAST
TWELVE DIFFERENT OCCASSIONS, FOR WHICH THE EFFECTS
HAVE STAYED WITH ME ON EACH OCCASSION FOR MORE
THAN 24 HOURS. I DO NOT WANT TO BE CONTINUIOUSLY
EXPOSED TO THE UNKNOWN RESIDUAL DANGERS OF
CAPSTUN.

( PARAGRAPH  18 )          ( P. 15 )

4 TO 12 SHIFT COMMANDER LT. JOSEPH SABATO
HAS DENIED ME MANY OF MY CONSTITUTIONAL RIGHTS
DURING DISCIPLINARY PROCEDUIRES , LT J. SABATO HAS
1.) DENIED ME MY RIGHT TO HAVE MY RIGHTS READ
TO ME . 2 ) HE HAS DENIED ME MY RIGHT TO HAVE
A COUNSELOR . 3) . HE HAS DENIED ME MY RIGHT
TO BE PRESENT AT THE DISCIPLINARY HEARING . ¯
4.) HE HAS DENIED ME MY RIGHT TO CALL WITNESSES ,
5.) HE HAS DENIED ME MY RIGHT TO CONFRONT MY
ACCUSER . 6) HE HAS DENIED ME MY RIGHT TO APPEAL

( PARAGRAPH  19 )

D. D. C. C COMMISSIONER STANLEY TAYLOR , AND
H. R. Y. C. I WARDEN RAPHEL WILLIAMS HAVE DENIED
ME MY CONSTITUTIONAL RIGHTS TO THE FOLLOWING EACH
TIME I WAS HOUSED ON ADMINISTRATIVE SEGREGATION -
1 - F POD , OR THE DISCIPLINARY HOUSING UNIT 1 - E POD .
1.) RELIGIOUS SERVICES , 2.) RELIGIOUS COUNSELING,
3.) VISITS , 4.) TELEPHONE CALLS TO ATTORNEY OR -
FAMILY , 5.) MY RIGHT TO RECEIVE LITERATURE ,
6.) OUT DOOR RECREATION ; 7.) HAIR CUTS ,
8.) LAW LIBRARY ACCESS , 9.) CLEAN UNIFORMS ,
10.) WARM CLOTHING , 11) PROPER GRIEVANCE PROCEDURE ,
12.) HYGENE PRODUCTS , 13) CLEANING SUPPLIES
14.) MEALS SERVED TO ME IN A SANITARY MANNER .

(PARAGRAPH 20)                                    (P.16)

LT. P. PARKER AKA CAPT P. PARKER
HAS DENIED ME MANY OF MY CONSTITUTIONAL
RIGHTS DURING DISCIPLINARY PROCEDURES.
    LT. P. PARKER 1.) DENIED ME MY RIGHT TO
HAVE MY RIGHTS READ TO ME . 2.) HE DENIED
ME MY RIGHT TO HAVE A COUNSELOR . 3) HE HAS
DENIED ME MY RIGHT TO BE PRESENT AT THE
DISCIPLINARY HEARING . 4) HE HAS DENIED ME MY
RIGHT TO CALL WITNESSES. 5) HE HAS DENIED ME
MY RIGHT TO CONFRONT MY ACCUSER 6) HE HAS
DENIED ME MY RIGHT TO APPEAL.

            (PARAGRAPH (21)

LT S. FARMER HAS DENIED ME MANY OF MY
CONSTITUTIONAL RIGHTS DURING DISCIPLINARY
PROCEDURES. 1.) DENIED ME MY RIGHT TO HAVE
MY RIGHTS READ TO ME . 2.) DENIED ME MY
RIGHT TO HAVE A COUNSELOR . 3) DENIED ME MY
RIGHT TO CALL WITNESSES. 4.) DENIED ME MY RIGHT
TO CONFRONT MY ACCUSER . 5) DENIED ME MY RIGHT
TO APPEAL.

( PARAGRAPH 22 )                    (P.17)

LT. SHEETS HAS DENIED ME MANY OF MY
CONSTITUTIONAL RIGHTS DURING DISCIPLINARY
PROCEDURES. 1.) DENIED ME MY RIGHT TO
HAVE MY RIGHTS READ TO ME. 2) DENIED ME
MY RIGHT TO HAVE A COUNSELOR. 3). DENIED ME
MY RIGHT TO CALL WITNESSES. 4.) DENIED ME MY
RIGHT TO CONFRONT MY ACCUSER. 5) DENIED ME
MY RIGHT TO APPEAL.


( PARAGRAPH 23 )

LT. MITCHELL HAS DENIED ME MANY OF MY
CONSTITUTIONAL RIGHTS DURING DISCIPLINARY PROCEDURES.
1.) DENIED ME MY RIGHT TO HAVE MY RIGHTS
READ TO ME. 2) DENIED ME MY RIGHTS TO HAVE
A COUNSELOR. 3) DENIED ME MY RIGHTS TO CALL
WITNESSES. 4.) DENIED ME MY RIGHTS TO CONFRONT
MY ACCUSER. 5) DENIED ME MY RIGHT TO APPEAL.

( PARAGRAPH 24 )                    (P. 18)

LT. POLK  HAS DENIED ME MANY OF MY CONSTITUTIONAL
RIGHTS DURING DISCIPLINARY PROCEDURES .
1.) DENIED ME MY RIGHT TO HAVE MY RIGHTS
 READ TO ME.    2.) DENIED ME MY RIGHT TO
HAVE A COUNSELOR . 3). DENIED ME MY RIGHT
TO CALL WITNESSES . 4) DENIED ME MY RIGHT
TO CONFRONT MY ACCUSER .  5.) DENIED ME MY
RIGHT TO APPEAL.

( PARAGRAPH 25 )

C/O HARRIFORD UTILIZED THE TWO WAY INTERCOM
SYSTEM TO SPY ON ME DURING MY PRE - TRIAL
CONFINEMENT , IN WHICH IS A VIOLATION OF MY
CONSTITUTIONAL RIGHTS .

( PARAGRAPH 26 )

MENTAL HEALTH CARE PROVIDER
 MS. S. MUSKARELI UTILIZED THE TWO WAY
INTERCOM SYSTEM TO SPY ON ME DURING MY
PRE - TRIAL CONFINEMENT , IN WHICH IS A
VIOLATION OF MY CONSTITUTIONAL RIGHTS .

(PARAGRAPH 27)                    (P. 19)

C/O CANON, C/O V. WILLIAMS, C/O G. INCE,
C/O CHAFFER, SGT F. WAY, C/O CUMBERBACK,
C/O MACK . R . C/O MASE, HAVE ALL GIVEN ME
24 HOUR SANCTIONS WITHOUT FIRST CONDUCTING
A DISCIPLINARY HEARING, IN WHICH IS A VIOLATION
OF MY CONSTITUTIONAL RIGHTS.

( PARAGRAPH 28)

                                C/O RODRIGUEZ,
C/O GASSNER, C/O HARDGRAVE, C/O DAVIS,
C/O CUMBERBACK, C/O EMIG, HAVE ALL SERVED
ME EGGS IN A UNSANITARY MANNER THAT HAS
GOTTEN ME SICK, FOR WHICH MEDICATION FOR
MY ILLNESSES WERE PRESCRIBED.

(PARAGRAPH 29)

H.R.Y.C.I WARDEN MR. RAPHEL WILLIAMS HAS
ALLOWED THE INMATE TIERMEN TO SERVE ME EGGS
IN A UNSANITARY MANNER, IN VIOLATION OF
MY CONSTITUTIONAL RIGHTS.

( PARAGRAPH 30 )                    (P.20)

H.R.Y.C.I WARDEN MR RAPHEL WILLIAMS HAS
ALLOWED ~~WAM~~ MEALS TO BE SERVED TO ME ON
FILTHY TRAYS, A VIOLATION OF MY CONSTITUTIONAL
RIGHTS.

( PARAGRAPH 31 )

H.R.Y.C.I WARDEN MR.RAPHEL WILLIAMS HAS
~~ALLOWED~~ NOT ALLOWED ME TO RECEIVE
FRESH AIR AND SUNSHINE ON A WEEKLY BASIS,
A VIOLATION OF MY CONSTITUTIONAL RIGHTS.

( PARAGRAPH 32 )

H.R.Y.C.I WARDEN MR. RAPHEL WILLIAMS
UTILIZED A TWO WAY INTERCOM SYSTEM TO
SPY ON ME WHILE I WAS PRE-TRIAL,
A VIOLATION OF MY CONSTITUTIONAL RIGHTS.

( PARAGRAPH 33 )

H.R.Y.C.I WARDEN MR. RAPHEL WILLIAMS
HAS NOT SUPPLIED ADEQUATE CLEANING SUPPLIES
TO SANITIZE MY ROOM, A VIOLATION OF MY
CONSTITUTIONAL RIGHTS.

(PARAGRAPH 34)                    (P. 21)

H.R.Y.C.I WARDEN MR. RAPHEL WILLIAMS
HAS FAILED TO CLASSIFY INMATES IN A MANNER
THAT WILL NOT PRESENT AN IMMENATE DANGER
TO MY SAFETY, A VIOLATION OF MY
CONSTITUTIONAL RIGHTS

(PARAGRAPH 35)

H.R.Y.C.I WARDEN MR. RAPHEL WILLIAMS HAS
FAILED TO INSTALL GATES ON THE (DHU) 1-E POD,
THAT WOULD PROTECT ME FROM INCCUNTERING
PHYSICAL ~~WIT~~ ATTACKS FROM INMATES ~~WHICH~~
~~ATTACK~~ WITH DIFFERENT CLASSIFICATION STATUS.

( PARAGRAPH 36)

H.R.Y.C.I WARDEN MR. RAPHEL WILLIAMS HAS
FAILED TO INSTALL GATES ON THE ADMINISTRATIVE
SEGREGATION UNIT 1-F POD, THAT WOULD PROTECT ME
FROM INCOUNTERING PHYSICAL ATTACKS FROM
INMATES WITH DIFFERENT CLASSIFICATION STATUS.

(PARAGRAPH 37)                    (P. 22)

H.R.Y.C.I WARDEN MR. RAPHEL WILLIAMS
UTILIZES AN INTERCOM SYSTEM THAT IS SO
LOUD IT LEAVES MY ~~AN~~ EARS RINGING,
A VIOLATION OF MY CONSTITUTIONAL RIGHTS.

(PARAGRAPH 38)

H.R.Y.C.I WARDEN MR. RAPHEL WILLIAMS
HAS FAILED TO UTILIZE VIDEO CAMERAS
WHEN EVER CORRECTIONAL OFFICERS ENTER OR
EXTRACT ME ~~TO~~ OR FROM MY ASSIGNED CELL,
IN WHICH HAS SUBJECTED ME TO NUMEROUS
~~PHYSICA~~ PHYSICAL ATTACKS BY CORRECTIONAL
OFFICERS WHILE I WAS HOUSED ON 1-E & 1-F PODS,
A VIOLATION OF MY CONSTITUTIONAL RIGHTS.

(PARAGRAPH 39.)

H.R.Y.C.I WARDEN MR. RAPHEL WILLIAM
~~HAS~~ SENT C/O RODREGIEZ TO THE DELAWARE
PSYCHIATRIC CENTER TO RETURN ME BACK INTO THE
CUSTODY OF THE DELAWARE DEPARTMENT OF CORRECTIONS
WITHOUT FIRST OBTAINING A COURT ORDER, A VIOLATION
OF MY CONSTITUTIONAL RIGHTS.

( PARAGRAPH 40 )                              ( P.23 )

H.R.Y.C.I WARDEN MR. RAPHEL WILLIAMS
HAS ALLOWED MICHEAL KNIGHT, THE FOOD SERVICE
ADMINISTRATOR, TO SERVE ME THE FOLLOWING
PORK PRODUCTS WITHOUT PROVIDING A SUBSTITUTE
1.) PORK SAUSAGES, 2.) PORK TURKEY HAM,
3.) PORK SCRABBLE, IN WHICH IS A
VIOLATION OF MY CONSTITUTIONAL RIGHTS.

( PARAGRAPH 41 )

H.R.Y.C.I WARDEN MR. RAPHEL WILLIAMS
HAS ALLOWED MICHEAL KNIGHT, THE FOOD SERVICE
ADMINISTRATOR TO SERVE ME JUICE THAT
CONTAINS SACRIN, A PRODUCT THAT CONTAINS
CANCER CAUSING INGREDIENTS. AND ALSO THE JUICE
DOES NOT CONTAIN THE FDA DAILY RECOMMENDED
NUTRITION.

( PARAGRAPH 42 )

H.R.Y.C.I WARDEN MR. RAPHEL WILLIAMS
HAS ALLOWED MY FOOD TO BE SERVED TO MY BY
PEOPLE, BE IT INMATE/OFFICER ~~~~~~~~~~ WHO ARE
NOT MEDICALLY CLEAR, AND THEREFOR COULD SPREAD
COMMUNICABLE DISEASES, IN WHICH IS A VIOLATION
OF MY CONSTITUTIONAL RIGHTS.

(PARAGRAPH 43)            (P. 24)

H.R.Y.C.I WARDEN MR. RAPHEL WILLIAMS
PROVIDED ME AN INADEQUATE INMATE HANDBOOK
THAT 1.) DOES NOT CONTAIN THE RULES OF
ADMINISTRATIVE SEGREGATION 1-1 POD, 2.) THE RULES
OF THE DISCIPLINARY HOUSING UNIT 1-1 POD, 3). -
WHAT WOULD CLASSIFY ME TO ADMINISTRATIVE SEBREGATION,
4) WHAT IT TAKE TO RELEASE FROM ADMINISTRATIVE SEGREGATION,
5.) THE HANDBOOK DOES NOT PROVIDE ME WITH INSTRUCTIONS
THAT WOULD HELP FILE A GRIEVANCE THAT WONT BE
RETURNED TO ME AS - NON-GRIEVABLE OR REQUEST ARE
NOT PROCESSED THROUGH THE GRIEVANCE PROCEDURE.

(PARAGRAPH 44)

C/O LIVINGTON CALLED MENTAL HEALTH TO MY ASSIGNED
HOUSING POD, MENTAL HEALTH CLASSIFIED ME FOR PSYCH
CLOSE OBSERVATION PCO LEVEL II STATUS. WHEN THE
(Q.R.T.) "QUIRK RESPONSE TEAM" ARRIVED, WHO WHERE
BEING SUPERVISED BY SEJ KENNEDY & SGT LEWIS,
THE TEAM IN WHICH INCLUDED C/O TALENTI & C/O MACK.R.
WHERE INSTRUCTED TO UTILIZE UNJUSTIFIABLE FORCE.
THE OFFICERS TACKLED, KICKED AND PUNCHED ME
JUST TO ESCORT ME TO THE INFIRMARY, IN WHICH
VIOLATED MY CONSTITUTIONAL RIGHTS.

(PARAGRAPH 45)                    (P. 25)

ON SEVERAL OCCASSIONS MY INCOMING MAIL HAS
NEVER REACHED ME, AND ON SEVERAL OCCASSIONS
MY OUTGOING MAIL HAS NEVER REACHED ITS DESTINATION.
THE H.R.Y.C.I WARDEN MR. RAPHEL WILLIAMS
HAS FAILED TO PROVIDE A MAILING SYSTEM THAT
SECURLY SHIPS AND RECEIVES MY MAIL,
SPECIFICALLY THIS MATTER IS WHAT I THINK IS
DIRECTLY IN REGARDS TO THE MANY GRIEVANCES
I HAVE FILE AND THE SUBSEQUENT COMPLAINTS I
HEREBY CLAIM AGAINST H.R.Y.C.I ADMINISTRATORS
AND SECURITY STAFF, WHOM HAVE THE OPPORTUNITY
TO SIMPLY TRASH MY INCOMING OR OUTGOING MAIL,
IN WHICH IS A VIOLATION OF MY CONSTITUTIONAL RIGHTS.

PARAGRAPH 46.

DURING THE WINTER MONTHS THE CLIMATE ON THE PODS IN
THE ROOMS ARE USUALLY 40 DEGREE'S AND BELOW.
THE DILEMMA IS THAT I HAVE ONLY BEEN PROVIDED
WITH SHORT SLEEVE D.O.C SHIRTS THAT ARE THIN AS
A DOCTORS SCRUBS. BEING SUBJECTED TO FRIGID COLD
CLIMATES WITH'OUT BEING PROVIDED WITH THERMAL
UNDERWEAR, A HAT, A COAT, SHIRTS WITH SLEEVES
IS A VIOLATION OF MY CONSTITUTIONAL RIGHTS.

(PARAGRAPH 47)                    (P. 26)

DURING THE SUMMER MONTHS THE CLIMATE ON THE
PODS ARE SO HOT AND HUMID THAT THE ROOMS BECOME
A SAUNA, THE WALLS SWEAT AND EVERYTHING BECOMES
DAMP, AND IT IS VERY DIFFICULT TO SIMPLY BREATH.
THE TEMP IS USUALLY AROUND 82 TO 95 DEGREE'S
THE DILEMMA IS THAT I AM CONSTANTLY EXPOSED TO
THIS CLIMATE FOR WEEKS AND MANY AS SIX, WITHOUT
ANY FORM OF RELIEF. IN WHICH IS A VIOLATION OF
MY CONSTITUTIONAL RIGHTS.

(PARAGRAH 48)

THE DELAWARE DEPARTMENT OF CORRECTIONS "(D.D.OC)
1.) COMMISSIONER STANLEY TAYLOR FAILED TO PROPERLY
   TRAIN AND SUPERVISE THE H.R.Y.C.I WARDEN
RAPHEL WILLIAMS, 2) STANLEY TAYLOR FAILED TO PROPERLY
CORRECT THE CONSTITUTIONAL VIOLATIONS AT THE
H.R.Y.C.I, 3.) STANLEY TAYLOR FAILED TO PROPERLY
SUPERVISE, TRAIN AND OR CORRECT THE (D.D.O.C)
OFFICERS CITED WITHIN THE CLAIM, 4). STANLEY TAYLOR
ALSO FAILED TO PROPERLY TRAIN, SUPERVISE AND OR CORRECT
THE FIRST CORRECTIONAL MEDICAL AND STAFF WHO
FACILITATE MEDICAL AND PSYCHOLOGICAL TREATMENT
FOR (D.D.O.C) INMATES, IN WHICH VIOLATED MY
CONSTITUTIONAL RIGHTS IN ALL ASPECTS WITHIN
THE (D.D.O.C) (H.R.Y.C.I).

(PARAGRAPH 49)                    (P.27)

1.) THE H.R.Y.C.I WARDEN RAPHEL WILLIAMS
FAILED TO CONTROL AND OR CORRECT THE CONSTITUTIONAL
VIOLATIONS AT THE H.R.Y.C.I, 2.) RAPHEL WILLIAMS
FAILED TO PROPERLY TRAIN, CONTROL AND SUPERVISE
THE H.R.Y.C.I OFFICERS CITED WITHIN THIS CLAIM,
3.) RAPHEL WILLIAMS FAILED TO PROPERLY TRAIN,
SUPERVISE AND OR CORRECT THE FIRST CORRECTIONAL
MEDIAL AND STAFF WHO FACILITATE MEDICAL AND
PSYCHOLOGICAL TREATMENT FOR (D.D.O.C.) INMATES
HOUSED AT (H.R.Y.C.I), IN WHICH VIOLATED MY
CONSTITUTIONAL RIGHTS IN ALL ASPECTS.

(PARAGRAPH 50)

THE H.R.Y.C.I SECURITY SUPERINTENDANT
MAJOR DAVE WILLIAMS FAILED TO PROPERLY TRAIN,
CONTROL AND SUPERVISE THE H.R.Y.C.I OFFICERS
CITED WITHIN THIS CLAIM, IN WHICH VIOLATED
MY CONSTITUTIONAL RIGHTS.

(PARAGRAPH 51)

THE H.R.Y.C.I (I.G.C.) INMATE GRIEVANCE CHAIRPERSON
SGT M. MOODY IGNORED, DENIED OR FAILED TO REVIEW
GRIEVANCES I FILED IN ACCORDANCE TO INMATE GRIEVANCE
PROCEDURE 4.4.

(PARAGRAPH 52)

CAPT. JEFFERSON FAILED TO TRAIN, CONTROL AND OR
SUPERVISE CORRECTIONAL OFFICERS CITED IN THIS CLAIM
IN REGARDS TO THEIR VIOLATING MY CONSTITUTIONAL
RIGHTS IN ALL ASPECTS.

(PARAGRAPH 53)

F.C.M's DOCTOR, DR. BOSTON FAILED TO PROVIDE
ADEQUATE MENTAL HEALTH TREATMENT AND OR.
THERAPY FOR ME ~~QUENTION~~ DURING MY INCARCERATION
AT THE H.R.Y.C.I.

(PARAGRAPH 54)

C/O B. APA AND C/O C. JOHNSON UTILIZED UNJUSTIFIABLE
FORCE AGAINST ME, WHILE I WAS HOUSED ON 1-F POD
BY TACKLING ME AND STRICKING ME WITH THE FIST
AND FEET.

(PARAGRAPH 55)

(I.A) INTERNAL AFFAIRS FAILED TO SUPERVISE
AND OR CONTROL (D.D.O.C) CORRECTIONAL OFFICERS
AFTER BEING NOTIFIED THAT I WAS BEING VIOLATED
BY ~~NUMEROUS~~ SEVERAL CORRECTIONAL OFFICERS ON
MANY DIFFERENT OCCASSIONS, IN WHICH VIOLATES
MY CONSTITUTION RIGHTS IN ALL ASPECTS.

(PARAGRAPH 56)

ON FEBRUARY 11, 2005 H.R.Y.C.I WARDEN
RAPHEL WILLIAMS AND STAFF CAME TO 1-E POD,
~~[illegible]~~ SEEKING TO FIND KEYS THAT C/O WEAR
LOST, AT THAT TIME A THOUROGH SEARCH OF
EACH ROOM WAS CONDUCTED, IN WHICH MANY
DOCUMENTS IN DIRECT RELATION TO THE COMPLAINTS
THAT I KNOW CLAIM WERE REMOVED FROM MY
ASSIGNED CELL FOR INVESTIGATION AS I WAS TOLD,
BUT AS OF TO DATE NONE OF MY DOCUMENTS HAVE
BEEN RETURNED TO ME, IN WHICH ARE VITAL FOR
THE SEARCH OF THE TRUTH IN THIS CASE, IN WHICH
~~[illegible]~~ HAS VIOLATED MY CONSTITUTIONAL RIGHTS.

(PARAGRAPH 57)

ON MARCH 28, 2005 CORPORAL CURRINGTON
SERVED ME WITH A DISCIPLINARY REPORT DATED
FEB, 17, 2005 THAT WAS APPROVED BY LT. S. FARMER.
MY UNITED STATES CONSTITUTIONAL RIGHTS TO DUE
PROCESS HAVE BEEN VIOLATED BECAUSE MY WITNESSES
WERE TRANSFERRED TO ANOTHER FACILITY, AND I AM NOT
ABLE TO PROPERLY DEFEND MYSELF