FILED

APR - 7 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE



**FIRST CORRECTIONAL MEDICAL**

**WASH THOSE HANDS!!!**

**ASK THE MEDICAL STAFF IF YOU HAVE ANY QUESTIONS**

## HEPATITIS FACT SHEET

Hepatitis is an infection (inflammation) of the liver
The most common types of Hepatitis are A, B, and C

|  | Hepatitis A | Hepatitis B | Hepatitis C |
|---|---|---|---|
| **Causes** | 1. From the feces (poop) of an infected person<br>2. Someone with hepatitis that you live with or had sex with | 1. Contact with blood of body fluids containg blood<br>2. Sharing needles to inject drugs<br>3. Having unprotected sex | 1. From the blood of an infected person<br>2. Most causes are from illegal injection and drug use |
| **Symptoms** | 1. Some have no symptoms<br>2. Fever<br>3. Tiredness<br>4. Nausea<br>5. Loss of appetite<br>6. Abdominal discomfort<br>7. Yellowing of skin & eyes<br>8. Dark urine | 1. Yellow skin or eyes<br>2. Appetite loss<br>3. Nausea, vomiting<br>4. Fever<br>5. Joint pain<br>6. Stomach pain<br>7. Very tired for weeks or months | 1. Yellow skin or eyes<br>2. Appetite loss<br>3. Nausea. Vomiting<br>4. Fever<br>5. Very tired for weeks or months |
| **Preventing** | 1. Good handwashing<br>2. Having protected sex<br>3. Do not shoot drugs | 1. Good handwashing<br>2. Having protected sex<br>3. Do not shoot drugs | 1. Do not shoot drugs<br>2. Do not share toothbrushes or razors<br>3. Avoid tattoo or body piercing<br>4. Having protected sex |

### TIPS FOR PREVENTING HEPATITIS WHILE IN JAIL OR PRISON

1. Avoid biting and scratching by other inmates
2. Avoid use of other's personal items
3. Do not touch anything contaminated with blood
4. Do not share razors or toothbrushes
5. Do not have sex with other inmates
6. Do not have a tattoo
7. Wash your hands often!



**FIRST CORRECTIONAL MEDICAL**

## PERSONAL CARE AND HYGIENE

First Correctional Medical is concerned about your personal care and hygiene. We would like to keep you maintain your health and cleanliness while you are incarcerated. Please read the following and if you have any questions please feel free to ask a member of the healthcare team:

1. Bathing and showering

   ➢ Facilities are available for showering and we recommend you shower when the times are available to you. Keeping your skin clean and dry is very important to prevent any skin problems.

   ➢ Shampooing your hair on a regular basis is also advised to keep your scalp clean and your hair in good condition.

   ➢ Make sure to dry completely, especially your feet. Keeping your feet clean and dry can help prevent athlete's foot.

   ➢ 2. Exercise

   ➢ Daily exercise is very important to maintaining good health. Rec yard is offered and you should take advantage of the opportunity to exercise regularly. You can walk, play basketball, jog or participate in other sports activities as offered. Remember that exercise is good also for your mental health.

   ➢ If you are concerned about exercise because you have a medical condition, please place a sick call request to speak to one of the health care staff about your concerns.



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
1301 EAST 12TH STREET
WILMINGTON, DELAWARE 19809
Telephone: (302) 429-7747
Fax: (302) 429-7716

Raphael Williams
Warden IV

### *MEMORANDUM*

*TO:*      *Jimmy Lewis, 506622*
           *1E Pod*

*FROM:*    *Warden Raphael Williams*

*DATE:*    *December 28, 2004*

*SUBJ:*    **YOUR RECENT CORRESPONDENCE**

   *Your recent correspondence, to this office, has been forwarded to Sergeant Mary Moody for any action or response deemed appropriate.*

*RW:adc*

**DISTRIBUTION**

*Sergeant Mary Moody*
*File*



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
1301 EAST 12TH STREET
WILMINGTON, DELAWARE 19809
Telephone: (302) 429-7747
Fax: (302) 429-7716

Raphael Williams
Warden IV

## *MEMORANDUM*

*TO:*          *Jimmie Lewis, 506622*
               *1E Pod*

*FROM:*        *Warden Raphael Williams*

*DATE:*        *January 4, 2005*

*SUBJ:*        **YOUR RECENT CORRESPONDENCE**

        *Your recent correspondence, to this office, has been forwarded to Captain David Bamford for any action or response deemed appropriate.*

*RW:adc*

**DISTRIBUTION**

*Captain David Bamford*
*File*

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:        Inmate ___Jimmie Lewis_____ 1-E 15

FROM:    Sgt. Moody, Inmate Grievance Chairperson

DATE:     1-6-05

RE:        YOUR RECENT GRIEVANCE #■- 05-10209

This memo is to inform you that the grievance submitted by you dated __1-2-05___, regarding _____food service_____ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the hearing decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor, Wilmington, DE 19801.

____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff write a letter to that person's supervisor. In this case, that is:

____ This is an issue/complaint that has already been grieved by you or another inmate._____.

____ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____ for clarification and/or direction.



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
1301 EAST 12TH STREET
WILMINGTON, DELAWARE 19809
Telephone: (302) 429-7747
Fax: (302) 429-7716

Raphael Williams
Warden IV

### *MEMORANDUM*

*TO:*  *Jimmie Lewis, 506622*
   *1E Pod*

*FROM:* *Warden Raphael Williams*

*DATE:* *January 7, 2005*

*SUBJ:*  **YOUR RECENT CORRESPONDENCE**

 *You and the others that signed the petition are on disciplinary sanction and are not entitled to the privileges afforded to general population.*

 *Uniforms are short sleeves, changed and washed once per week and you receive basic free issue hygiene products. Recreation is one-hour per day and during that time you are entitled to shower and clean your cell.*

 *For safety and security reasons, security personnel may monitor your cell activities via the intercom system.*

*RW:adc*

**DISTRIBUTION**

*File*



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
1301 EAST 12TH STREET
WILMINGTON, DELAWARE 19809
Telephone: (302) 429-7747
Fax: (302) 429-7716

Raphael Williams
Warden IV

## *MEMORANDUM*

*TO:*      *Jimmie Lewis, 506622*
           *IE Pod 15*

*FROM:*    *Warden Raphael Williams* ~~ ~~

*DATE:*    *January 7, 2005*

*SUBJ:*    **YOUR RECENT CORRESPONDENCE**

    *Your recent correspondence, to this office, has been forwarded to Captain David Bamford and Captain Philip Parker for any action or response deemed appropriate.*

*RW:adc*

**DISTRIBUTION**

*File*

# Howard R. Young Correctional Institution
## Inter-Dept. Memo

TO:              *I/M Jimmie Lewis, 1D Pod*

FROM:         *Sgt. M. Moody, Inmate Grievance Chair*

DATE:          *8/12/04*

RE:              **Correspondence dated 7/28/04**

*I/M Lewis, please be advised that no legal mail or personal property could be located in your property located in Booking & Receiving.*

*Cc:    file*

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:        Inmate ___Jimmie Lewis___        1 E   15

FROM:    Sgt. Moody, Inmate Grievance Chairperson

DATE:    12-23-04

RE:        YOUR RECENT GRIEVANCE #04- 9839 _____

This memo is to inform you that the grievance submitted by you dated ___12-20-04___ , regarding
_____Grievances_____ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____ .

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or
welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment).
Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit
within seven (7) days after the inmate receives the Classification decision. The letter must state that
the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with
the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours
of the hearing decision. Complete an appeal form and mail it to the facility Hearing Officer within 24
hours of receiving the form.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the
Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole
Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor,
Wilmington, DE 19801.

____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding
staff write a letter to that person's supervisor. In this case, that is:

__X__ **This is an issue/complaint that has already been grieved by you or another inmate. 9687. I/M
Lewis, as previously stated in another grievance response, when the first step investigation has been
completed you will be notified. If you do not agree with the informal resolution a hearing will be
scheduled before the Committee. Please keep in mind your grievance is only one of numerous others
received on a daily basis. Also, the medical grievance form number is 585, not 584.**

____ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a
grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms
must be written in black or dark blue ink.

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:  Inmate _Jimmie Lewis_  1-E *15*

FROM:  Sgt. Moody, Inmate Grievance Chairperson

DATE:  _1-6-05_

RE:  YOUR RECENT GRIEVANCE #■ _05-10209_

This memo is to inform you that the grievance submitted by you dated _1-2-05_, regarding _food service_ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the hearing decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor, Wilmington, DE 19801.

____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff write a letter to that person's supervisor. In this case, that is:

____ This is an issue/complaint that has already been grieved by you or another inmate._____.

____ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____ for clarification and/or direction.



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
1301 EAST 12TH STREET
WILMINGTON, DELAWARE 19809
Telephone: (302) 429-7747
Fax: (302) 429-7716

Raphael Williams
Warden IV

## *MEMORANDUM*

*TO:*      *Jimmie Lewis, 506622*
           *1E Pod*

*FROM:*    *Warden Raphael Williams*

*DATE:*    *January 7, 2005*

*SUBJ:*    **YOUR RECENT CORRESPONDENCE**

*You and the others that signed the petition are on disciplinary sanction and are not entitled to the privileges afforded to general population.*

*Uniforms are short sleeves, changed and washed once per week and you receive basic free issue hygiene products. Recreation is one-hour per day and during that time you are entitled to shower and clean your cell.*

*For safety and security reasons, security personnel may monitor your cell activities via the intercom system.*

*RW:adc*

**DISTRIBUTION**

*File*

STATE O F DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:        Inmate  _Jimmie Lewis_           _LE_

FROM:    Sgt. Moody, Inmate Grievance Chairperson

DATE:    _1·14·05_

RE:        YOUR RECENT MEDICAL GRIEVANCE #**__**04_- 9831_

This memo is to inform you that the grievance submitted by you dated  _12-22-04_  , regarding underline{medical concern(s)} is not grievable for the following reason(s):

_____  The complaint was addressed by the IGC: _____.

_____  Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

_____  Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process.  The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision.  The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

_____  Disciplinary issue.  Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the hearing decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form.

_____  Parole Board Decision.  The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons.  The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor, Wilmington, DE 19801.

_____  Inmates cannot request or demand disciplinary action on staff.  If you have a complaint regarding staff write a letter to that person's supervisor.  In this case, that is: _____.

_____  This is an issue/complaint that has already been grieved by you or another inmate. #_____

_____  Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance.

_____  The grievance is a photocopy, carbon copy, written in pencil or red ink.  Original grievance forms must be written in black or dark blue ink.

_____  This complaint is addressed in the Inmate Handbook.  Refer to the handbook page _____ for clarification and/or direction.

_____  Action request is inappropriate or not completed.  Inmate must make an actual request, such as,

request that an investigation be conducted (inmates are not forwarded results of investigations that involve staff conduct).

____ Documentation must be attached to the grievance when it is resubmitted that supports allegations/complaint, such as commissary receipts, Form 537, etc. The IGC will make copies of items submitted with the grievance and return the originals to the inmate.

_X_ **This complaint should be addressed by submitting a sick call slip. If you are experiencing any type medical condition, please submit a sick call slip.**

_X_ **Other: I/M Lewis, the above grievance is being returned to you because it is a non-grievable issue. Per the Medical Department, they do not supply inmates with lotion and deodorant. Please be advised that offenders housed on the Disciplinary Housing Unit are not permitted to purchase commissary items. If you are experiencing a medical condition, you need to submit a sick call slip.**

____ Other: Please be advised that you have submitted your grievance on the wrong form. Please re-submit using the correct grievance form.

cc:    file

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:        Inmate ___Jimmie Lewis_____ 1·E

FROM:    Sgt. Moody, Inmate Grievance Chairperson

DATE:    1·14·05

RE:        YOUR RECENT GRIEVANCE #05-__10559___

This memo is to inform you that the grievance submitted by you dated __1·13·05___, regarding _____appeal_____ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the hearing decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor, Wilmington, DE 19801.

____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff write a letter to that person's supervisor. In this case, that is:

____ This is an issue/complaint that has already been grieved by you or another inmate._____.

____ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____ for clarification and/or direction.

____ Action request is inappropriate or not completed. Inmate must make an actual request, such as, request that an investigation be conducted (inmates are not forwarded results of investigations that involve staff conduct).

____ Documentation must be attached to the grievance when it is resubmitted that supports allegations/complaint, such as commissary receipts, Form 537, etc. The IGC will make copies of items submitted with the grievance and return the originals to the inmate.

____ This complaint should be addressed by submitting a sick call slip. If you are experiencing any type medical condition, please submit a sick call slip.

**X Other: I/M Lewis, requests are not processed through the grievance procedure. You can complete and submit the attached service request form to the attention of Captain Emig.**

____ Other: Please be advised that you have submitted your grievance on the wrong form. Please re-submit using the correct grievance form.

cc:     file

## Multi-Purpose Criminal Justice Facility
## Inter-Dept. Memo

TO:             I/M Jimmie Lewis, 1E Pod

FROM:        Sgt. M. Moody, Inmate Grievance Chair

DATE:        1-16-05

RE:             MEDICAL GRIEVANCE #05-10866

Please be advised that your medical grievance regarding, (seeing a urologist),  has been received in the office of the Grievance Chair.  In accordance with the Inmate Grievance Procedure 4.4, it has been forwarded to the Medical Department for processing.

If no one contacts you for an informal resolution or if your grievance can not be resolved informally, you will automatically be scheduled for a grievance hearing before the Medical Grievance Committee (MGC).  Please keep in mind your grievance is only one of numerous others received in this office on a daily basis.  Thank you for your patience.

No 495

4585

**MEDIC.        CE**

FACILITY: H.R.Y.C.I.

INMATE'S NAME: TIMMIE LEWIS

HOUSING UNIT: IE - 15

DATE SUBMITTED: 1/16/05

SBI#: 506622

CASE #: _____

///////////////////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: 6/25/04 TO 1/16/05

TYPE OF MEDICAL PROBLEM:

FOR THE LAST SIX MONTHS I HAVE BEEN EXPERIENCING
SEVERE COMPLICATIONS WITH CRONIC HYPERTENSION,
FOR WHICH I HAVE HAD TO BE GIVEN NITROGLYCERIN
ON TWO OR THREE DIFFERENT OCCASSIONS AS WELL AS
SENT TO A CLINIC FOR A STRESS TEST. DR ARAMBURO
ORDERED THAT MY B/P BE CHECKED AND MONITURED
ON A FEW DIFFERENT OCCASSIONS, BUT YET AND
STILL MY B/P IS NOT MONITURED, ~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~ FOR THE LAST SIX MONTHS.

GRIEVANT'S SIGNATURE: Jimmie Lewis          DATE: 1/16/05

ACTION REQUESTED BY GRIEVANT: I REQUEST THAT MY B/P GETS
CHECKED AND MONITORED BEGINING A.S.A.P.,
AND I REQUEST TO BE SUPPLIED WITH THE
REASON MY B/P HAS NOT BEEN CHECKED AS ORDERED

JAN 1 8 REC'D

DATE RECEIVED BY MEDICAL UNIT: _____

Have Placed you on BP checks   BX/UCK

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL
GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

# Delaware Center for Justice
### 100 West 10th Street, Suite 905
### Wilmington, DE 19801

## Adult Offender Services Program

Date: **January 21, 2005**

**Jimmie Lewis # 506622**
**Howard R. Young Correctional Inst.**
**P.O. Box #9561**
**Wilmington, DE 19809**

Dear Mr. Lewis:

This is to acknowledge receipt of your letter.  After careful review of your letter, the following decision has been reached:

- ☐ We do not deal with the issue(s) in your letter
- ☐ We advise you to contact your institutional medical provider
- ☐ Provide additional information on the matter for follow up
- ☐ Contact your Counselor at the institution for help and guidance
- ☐ We will contact you upon further investigation and follow up
- ☐ File a grievance using the internal 4.4 Grievance Procedure
- ☐ Requested information enclosed
- ☑ **Other: An investigation was conducted on 1/12/05, the Disciplinary Housing Unit policy and procedure indicate that any inmate housed in this unit will not be able to purchase commissary. In review of our previous discussion DCJ cannot assist with any discipline policy. If you have any question as to your rights, please refer to DHU policy and procedures.**

Thank you for your interest in our agency.

Sincerely,

Nikita Y. Robins
*Case Manager, Adult Offender Services*

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:         Inmate _Jimmie Lewis_____ 1.E

FROM:       Sgt. Moody, Inmate Grievance Chairperson

DATE:       1·25·05

RE:         YOUR RECENT GRIEVANCE #05- _10855_

This memo is to inform you that the grievance submitted by you dated _1·16·05_, regarding
_____ medical grievances _____ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or
welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment).
Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit
within seven (7) days after the inmate receives the Classification decision. The letter must state that
the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with
the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours
of the hearing decision. Complete an appeal form and mail it to the facility Hearing Officer within 24
hours of receiving the form.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the
Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole
Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor,
Wilmington, DE 19801.

____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding
staff write a letter to that person's supervisor. In this case, that is:

____ This is an issue/complaint that has already been grieved by you or another inmate. _____.

____ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a
grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms
must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____
for clarification or direction.

HRYCI Howard R. Young Correctional Institution
1301 E. 12th Street
WILMINGTON DE; 19809
Phone No. 302-429-7700

Date: 01/19/2005

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | | | | | |
|---|---|---|---|---|---|---|
| Offender Name : LEWIS, JIMMY | | SBI# | : 00506622 | Institution | : HRYCI | |
| Grievance # | : 9686 | Grievance Date | : 12/14/2004 | Category | : Individual | |
| Status | : Unresolved | Resolution Status : | | Resol. Date | : | |
| Grievance Type: Health Issue (Medical) | | Incident Date | : 12/14/2004 | Incident Time : | | |
| IGC | : Moody, Mary | Housing Location : Building 1, West, Floor 1, Pod 1E, Cell 15, Bed A | | | | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** What do I have to do in order to receive medical treatment when I'm on PCO II status?

**Remedy Requested** :

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Medical Grievance : YES | Date Received by Medical Unit : 12/17/2004 | |
| Investigation Sent : 12/17/2004 | Investigation Sent To | : Sutton, Georgia |
| Grievance Amount : | | |

HRYCI Howard R. Young Correctional Institution
Date: 01/19/2005
1301 E. 12th Street
WILMINGTON DE; 19809
Phone No. 302-429-7700

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| Offender Name : LEWIS, JIMMY | SBI# : 00506622 | Institution : HRYCI |
| Grievance # : 9686 | Grievance Date : 12/14/2004 | Category : Individual |
| Status : Unresolved | Resolution Status: | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 12/14/2004 | Incident Time : |
| IGC : Moody, Mary | Housing Location :Building 1, West, Floor 1, Pod 1E, Cell 15, Bed A | |

| INFORMAL RESOLUTION |
|---|

Investigator Name : Sutton, Georgia                     Date of Report  12/17/2004

Investigation Report : I/M refused to sign.Feels he does not receive medical care on PCO levels.

Reason for Referring:

Offender's Signature:_____

Date                :_____

Witness (Officer)   :_____

HRYCI Howard R.Young Correctional Institution                Date: 01/19/2005
1301 E. 12th Street
WILMINGTON DE; 19809
Phone No. 302-429-7700

## GRIEVANCE INFORMATION - MGC

| OFFENDER GRIEVANCE INFORMATION | | | | |
|---|---|---|---|---|

Offender Name : LEWIS, JIMMY          SBI#          : 00506622          Institution     : HRYCI

Grievance #     : 9686          Grievance Date  : 12/14/2004          Category     : Individual

Status          : Unresolved          Resolution Status:          Inmate Status :

Grievance Type: Health Issue (Medical)          Incident Date     : 12/14/2004          Incident Time :

IGC          : Moody, Mary          Housing Location : Building 1, West, Floor 1, Pod 1E, Cell 15, Bed A

| MGC | | | |
|---|---|---|---|

Date Received : 12/29/2004          Date of Recommendation: 01/18/2005

| GRIEVANCE COMMITTEE MEMBERS | | | |
|---|---|---|---|
| Person Type | SBI # | Name | Vote |
| Staff | | Breton, Monique | Uphold |
| Staff | | Cerisier, Danivia | Uphold |
| Staff | | Galfier, Denise | Uphold |

| VOTE COUNT | | |
|---|---|---|
| Uphold : 3 | Deny : 0 | Abstain :0 |

| TIE BREAKER | | | |
|---|---|---|---|
| Person Type | SBI # | Name | Vote |

| RECOMMENDATION |
|---|

MGC convened 1-18-05

The Committee recommends that the grievance be upheld. When offenders are on PCO II Status, they are not permitted to have paper and pencils/pens on thier person. I/M Lewis would not have been able to submit a sick call slip. In the future Medical Staff will be more aware of complaints from offenders housed on this status and communicate appropriate needs to providers.

I/M Lewis wants to appeal.

HRYCI Howard R. Young Correctional Institution
1301 E. 12th Street
WILMINGTON DE, 19809
Phone No. 302-429-7700

## GRIEVANCE INFORMATION - Appeal

| OFFENDER GRIEVANCE INFORMATION |||
|---|---|---|
| **Offender Name** : LEWIS, JIMMY | **SBI#** : 00506622 | **Institution** : HRYCI |
| **Grievance #** : 9686 | **Grievance Date** : 12/14/2004 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status :** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 12/14/2004 | **Incident Time :** |
| **IGC** : Moody, Mary | **Housing Location :** Building 1, West, Floor 1, Pod 1E, Cell 15, Bed A ||

### APPEAL REQUEST

Appeal submitted by Jimmy Lewis, 506622-dated 1-18-05 Ms. Georgia Sutton explained to me that First Correctional Medical and staff are not responsible for cleaning the Psych Close Observation rooms #196 and #197, but F.C.M. is responsible for providing medical treatment when I am prescribed to be on PCO II status. On many occasions in the past, I have tried to obtain medical treatment while I was prescribed to be on PCO II status, only to be told during morning med pass to fill out a sick call slip and submit it? When PCO II status does not permit me to have and or utilize paper, pencils or pens. Due to my chronic mental illness, it is highly probable that I will be prescribed PCO II status again. I have therefore refused to sign the informal resolution on 1/18/05, because I don't want my mental health status to jeopardize my medical needs. Jimmy Lewis

### REMEDY REQUEST

# Howard R. Young Correctional Institution
## Inter-Dept. Memo

TO:            Jimmie Lewis                          1-E

FROM:         Sgt. M. Moody, Inmate Grievance Chair

DATE:          1-26-05

RE:            GRIEVANCE # 05-10867

Please be advised that your grievance has been received in the office of the

Grievance Chair regarding _____ time with doctor _____ .

If no one contacts you for an informal resolution or if your grievance can not

be resolved informally, you will automatically be scheduled for a grievance

hearing before the Resident Grievance Committee (RGC). Please keep in

mind your grievance is only one of numerous others received in this office

on a daily basis.

Thank you for your patience.

STATE ·OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:        Inmate  _Jimmie Lewis_____  1·E  15

FROM:    Sgt. Moody, Inmate Grievance Chairperson

DATE:    12·23·04

RE:        YOUR RECENT GRIEVANCE #04- _9836___

This memo is to inform you that the grievance submitted by you dated _12·22·04_, regarding
_____ _Grievance_ _____ is not grievable for the following reason(s):

___ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or
welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment).
Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit
within seven (7) days after the inmate receives the Classification decision. The letter must state that
the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with
the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours
of the hearing decision. Complete an appeal form and mail it to the facility Hearing Officer within 24
hours of receiving the form.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the
Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole
Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor,
Wilmington, DE 19801.

____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding
staff write a letter to that person's supervisor. In this case, that is:

____ This is an issue/complaint that has already been grieved by you or another inmate._____.

____ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a
grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms
must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____
for clarification and/or direction.

____ Action request is inappropriate or not completed. Inmate must make an actual request, such as, request that an investigation be conducted (inmates are not forwarded results of investigations that involve staff conduct).

____ Documentation must be attached to the grievance when it is resubmitted that supports allegations/complaint, such as commissary receipts, Form 537, etc. The IGC will make copies of items submitted with the grievance and return the originals to the inmate.

____ This complaint should be addressed by submitting a sick call slip. If you are experiencing any type medical condition, please submit a sick call slip.

__X__ **Other: I/M Lewis, requests are not processed through the grievance procedure. The Inmate Grievance Chair has informed you that you need to write to the Office of the Security Superintendent and request copies of grievances. If your request is approved, copies will be sent.**

____ Other: Please be advised that you have submitted your grievance on the wrong form. Please re-submit using the correct grievance form.

cc:     file



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
1301 EAST 12TH STREET
WILMINGTON, DELAWARE 19809
Telephone: (302) 429-7747
Fax: (302) 429-7716

Raphael Williams
Warden IV

## *MEMORANDUM*

*TO:*      *Jimmie Lewis, 506622*
           *1E Pod*

*FROM:*    *Raphael Williams*
           *Warden IV*

*DATE:*    *January 24, 2005*

*SUBJ:*    **YOUR RECENT CORRESPONDENCE**

   *You currently have 47 active grievances on file.  At this time, your request to receive copies of those grievances is denied, as it is too cumbersome to copy and costly.*

*RW:adc*

**DISTRIBUTION**

*File*

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:        Inmate  Jimmie Lewis            1.E

FROM:     Sgt. Moody, Inmate Grievance Chairperson

DATE:      1-25-05

RE:       • YOUR RECENT GRIEVANCE #05- 10850

This memo is to inform you that the grievance submitted by you dated  1-19-05     , regarding
_____  Sanction  _____ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

X Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the hearing decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor, Wilmington, DE 19801.

____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff write a letter to that person's supervisor. In this case, that is:

____ This is an issue/complaint that has already been grieved by you or another inmate._____.

____ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____ for clarification and/or direction.

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:          Inmate  Jimmie Lews          1-E

FROM:        Sgt. Moody, Inmate Grievance Chairperson

DATE:        1-25-05

RE:          YOUR RECENT GRIEVANCE #05- 10899

This memo is to inform you that the grievance submitted by you dated  1-19-05   , regarding
_____ Extra clothing _____ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or
      welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment).
      Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit
      within seven (7) days after the inmate receives the Classification decision. The letter must state that
      the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with
      the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours
      of the hearing decision. Complete an appeal form and mail it to the facility Hearing Officer within 24
      hours of receiving the form.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the
      Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole
      Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor,
      Wilmington, DE 19801.

____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding
      staff write a letter to that person's supervisor. In this case, that is:

____ This is an issue/complaint that has already been grieved by you or another inmate._____.

____ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a
      grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms
      must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____
      for clarification and/or direction.

_____ Action request is inappropriate or not completed. Inmate must make an actual request, such as, request that an investigation be conducted (inmates are not forwarded results of investigations that involve staff conduct).

_____ Documentation must be attached to the grievance when it is resubmitted that supports allegations/complaint, such as commissary receipts, Form 537, etc. The IGC will make copies of items submitted with the grievance and return the originals to the inmate.

_____ This complaint should be addressed by submitting a sick call slip. If you are experiencing any type medical condition, please submit a sick call slip.

__X__ **Other: I/M Lewis, requests are not processed through the grievance procedure. Thermal underwear is not authorized clothing for this facility. However, please notify your Housing Officer to ensure that a work order is submitted so that the Maintenance Department can check the temperature and make necessary adjustments as needed**.

_____ Other: Please be advised that you have submitted your grievance on the wrong form. Please re-submit using the correct grievance form.

cc:     file

STATE O F DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:          Inmate   Jimmie Lewis              1-E

FROM:     Sgt. Moody, Inmate Grievance Chairperson

DATE:       1-26-05

RE:          YOUR RECENT MEDICAL GRIEVANCE #05- 10865

This memo is to inform you that the grievance submitted by you dated   1-20-05   , regarding medical
concern(s) receiving phone calls while on PCO II /Psych Close Observation status is not grievable for the
following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or
welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment).
Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit
within seven (7) days after the inmate receives the Classification decision. The letter must state that
the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with
the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours
of the hearing decision. Complete an appeal form and mail it to the facility Hearing Officer within 24
hours of receiving the form.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the
Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole
Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor,
Wilmington, DE 19801.

____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding
staff write a letter to that person's supervisor. In this case, that is: _____.

__X__ This is an issue/complaint that has already been grieved by you or another inmate. #9697.

____ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a
grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms
must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____
for clarification and/or direction.

____ Action request is inappropriate or not completed.  Inmate must make an actual request, such as, request that an investigation be conducted (inmates are not forwarded results of investigations that involve staff conduct).

____ Documentation must be attached to the grievance when it is resubmitted that supports allegations/complaint, such as commissary receipts, Form 537, etc.  The IGC will make copies of items submitted with the grievance and return the originals to the inmate.

____ This complaint should be addressed by submitting a sick call slip.  If you are experiencing any type medical condition, please submit a sick call slip.

__X__ **Other:  I/M Lewis, requests are not processed through the grievance procedure.  Your grievances have been processed in accordance with the Inmate Grievance Procedure 4.4.  However, on your behalf a copy of this grievance has been forwarded to the Security Superintendent for review.**

____ Other:  Please be advised that you have submitted your grievance on the wrong form.  Please re-submit using the correct grievance form.

cc:     file

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:         Inmate __Jimmie Lewis_____ 1-E

FROM:     Sgt. Moody, Inmate Grievance Chairperson

DATE:      2-3-05

RE:         YOUR RECENT GRIEVANCE #05-_10989_

This memo is to inform you that the grievance submitted by you dated __1-20-05__, regarding
_____religious services_____ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

__X__ **Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public). However, a copy of your grievance will be forwarded to the Security Superintendent for review.**

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor, Wilmington, DE 19801.

____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff write a letter to that person's supervisor. In this case, that is:

____ This is an issue/complaint that has already been grieved by you or another inmate._____.

____ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:        Inmate _Jimmie Lewis_ _ _ _ _ _ 1E

FROM:    Sgt. Moody, Inmate Grievance Chairperson

DATE:    2-3-05

RE:        YOUR RECENT GRIEVANCE #05- _16990_ _

This memo is to inform you that the grievance submitted by you dated _1-26-05_ , regarding
_ _ _ _ no cameras on pod _ _ _ _ _ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor, Wilmington, DE 19801.

_X_ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff write a letter to that person's supervisor. In this case, that is: _Captain Emig_

____ This is an issue/complaint that has already been grieved by you or another inmate. _____.

____ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____ for clarification and/or direction.

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12$^{TH}$ STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:       Inmate ___Jimmie Lews___ 1-E

FROM:     Sgt. Moody, Inmate Grievance Chairperson

DATE:     2-3-05

RE:       YOUR RECENT GRIEVANCE #05-_10991_

This memo is to inform you that the grievance submitted by you dated ___1-2005___, regarding ___law library___ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5$^{th}$ Floor, Wilmington, DE 19801.

____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff write a letter to that person's supervisor. In this case, that is:

____ This is an issue/complaint that has already been grieved by you or another inmate._____.

__X__ **Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance.**

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____ for clarification and/or direction.

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:        Inmate _Jimmie Lewis_____ _1-E_

FROM:    Sgt. Moody, Inmate Grievance Chairperson

DATE:    _2-3-05_

RE:        YOUR RECENT GRIEVANCE #05-_1603____

This memo is to inform you that the grievance submitted by you dated _1-26-05___, regarding
_____ _hearings for 24s_ _____ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor, Wilmington, DE 19801.

____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff write a letter to that person's supervisor. In this case, that is:

_X_ **This is an issue/complaint that has already been grieved by you or another inmate. 10850 .**

____ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____ for clarification and/or direction.

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:        Inmate __Jimmie Lewis_____ 1.E

FROM:    Sgt. Moody, Inmate Grievance Chairperson

DATE:     2.3.05

RE:        YOUR RECENT GRIEVANCE #05-_11606___

This memo is to inform you that the grievance submitted by you dated __1-26-05__, regarding _____ being assulted by A. Goines_____ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor, Wilmington, DE 19801.

_X_ **Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff write a letter to that person's supervisor. In this case, that is: Captain Jefferson, 8x4 Shift Commander.**

____ This is an issue/complaint that has already been grieved by you or another inmate._____.

____ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:        Inmate __Jimmie Lews__ __ __ __ __ 1-E

FROM:     Sgt. Moody, Inmate Grievance Chairperson

DATE:      2·3·05

RE:        YOUR RECENT GRIEVANCE #05-_11607___

This memo is to inform you that the grievance submitted by you dated ___1-25-05___, regarding
_____ being assulted by A Davis _____ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor, Wilmington, DE 19801.

__X__ **Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff write a letter to that person's supervisor. In this case, that is: Captain Jefferson, 8x4 Shift Commander.**

____ This is an issue/complaint that has already been grieved by you or another inmate._____.

____ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:      Inmate  Jimmie Lewis      1-E

FROM:    Sgt. Moody, Inmate Grievance Chairperson

DATE:     2·3·05

RE:       YOUR RECENT GRIEVANCE #05-_11008_

This memo is to inform you that the grievance submitted by you dated _1-26-05_, regarding
_____ C/o Armstrong's write-up _____ is not grievable for the following reason(s):

\_\_\_\_ The complaint was addressed by the IGC: _____.

\_\_\_ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or
welfare of inmates, staff and the public).

\_\_\_ Classification issues (security classification, jobs, transfers, programs, housing unit assignment).
Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit
within seven (7) days after the inmate receives the Classification decision. The letter must state that
the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with
the classification decision.

\_\_\_ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours
of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility
Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot
be appealed.

\_\_\_ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the
Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole
Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor,
Wilmington, DE 19801.

X **Inmates cannot request or demand disciplinary action on staff. If you have a complaint
regarding staff write a letter to that person's supervisor. In this case, that is: Captain Jefferson, 8x4
Shift Commander.**

\_\_\_ This is an issue/complaint that has already been grieved by you or another inmate._____.

\_\_\_ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a
grievance.

\_\_\_ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms
must be written in black or dark blue ink.

\_\_\_ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12$^{TH}$ STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:        Inmate _Jimmie Lewis_____ 1-E

FROM:    Sgt. Moody, Inmate Grievance Chairperson

DATE:    2-3-05

RE:        YOUR RECENT GRIEVANCE #05- _11009_____

This memo is to inform you that the grievance submitted by you dated _1-26-05___, regarding _____ assult by c/o Prosley _____ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5$^{th}$ Floor, Wilmington, DE 19801.

_X_ **Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff write a letter to that person's supervisor. In this case, that is: Captain Bamford, 4x12 Shift.**

____ This is an issue/complaint that has already been grieved by you or another inmate._____.

____ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:        Inmate _Jimmie Lewis_____ 1E

FROM:    Sgt. Moody, Inmate Grievance Chairperson

DATE:    8·3·05

RE:        YOUR RECENT GRIEVANCE #05- 1610

This memo is to inform you that the grievance submitted by you dated _1·26·05_, regarding _____ eggs chopped up and with lid _____ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor, Wilmington, DE 19801.

____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff write a letter to that person's supervisor. In this case, that is:

X **This is an issue/complaint that has already been grieved by you or another inmate. 10209.**

____ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____ for clarification and/or direction.

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:       Inmate  _Jimmie Lewis_          _1E_

FROM:    Sgt. Moody, Inmate Grievance Chairperson

DATE:    _2·3·05_

RE:       YOUR RECENT GRIEVANCE #05- _11011_

This memo is to inform you that the grievance submitted by you dated __1·26·05__, regarding _____ _C/o Talenti denying water_ _____ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor, Wilmington, DE 19801.

_X_ **Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff write a letter to that person's supervisor. In this case, that is: Captain Jefferson, 8x4 Shift Commander.**

____ This is an issue/complaint that has already been grieved by you or another inmate._____.

_X_ **Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance.**

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____.