

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
1301 EAST 12TH STREET
WILMINGTON, DELAWARE 19809
Telephone: (302) 429-7747
Fax: (302) 429-7716

FILED

APR - 7 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Raphael Williams
Warden IV

## *MEMORANDUM*

*TO:*       *Jimmie Lewis, 506602*
            *1E Pod*

*FROM:*     ~~Warden Raphael Williams~~

*DATE:*     *February 15, 2005*

*SUBJ:*     **YOUR RECENT CORRESPONDENCE**

*Interstate transfers occur through the classification process. Please work with your unit counselor.*

*RW:adc*

**DISTRIBUTION**

*Michele Salter, Unit Counselor*
*File*



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
1301 EAST 12TH STREET
WILMINGTON, DELAWARE 19809
Telephone: (302) 429-7747
Fax: (302) 429-7716

Raphael Williams
Warden IV

## MEMORANDUM

*TO:*      *Jimmie Lewis, 506602*
           *1E Pod*

*FROM:*    *Warden Raphael Williams*

*DATE:*    *February 15, 2005*

*SUBJ:*    **YOUR RECENT CORRESPONDENCE**

   *Delaware law prohibits you from receiving a copy of your medical records absent of a court order.*

*RW:adc*

**DISTRIBUTION**

*File*

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801


**MEMORANDUM**


TO:        I/M Jimmie Lewis, 1E Pod

FROM:      Sgt. Moody, Inmate Grievance Chairperson

DATE:      2-10-05

RE:        Correspondence dated 2-8-05

Please be advised that this office is in receipt of your letter regarding status of grievances.
See below:

(1) One Medical Grievance pending Level III decision #9686
(1) One Non-Medical Grievance pending RGC Hearing #10867
(3) Three Medical Grievances pending First Step #10866/#11022/#11260
(3) Three Non-Medical Grievances pending First Step #11015/#11292/#11293


Cc:        file

HOWARD R. YOUNG CORRECTIONAL INSTITUTION
RECEPTION AND DIAGNOSTIC UNIT (RDU)
CLASSIFICATION/TREATMENT DEPARTMENT

# MEMORANDUM

To:     JIMMY  LEWIS -------------------          # ---506622----------------------

STRD_11/01/08_____

From:  LT L. JONES

Re:    Classification

On___02/28/05_____ you were recommended by the MDT Board for:  (items checked only)

___ Community (WR) __ Minimum       ___ Medium      _X_Maximum          security.
      0 – 4 pts       0 – 8 pts           9 – 16 pts      17 pts or more

___ VOP Center       ___ WCF          ___ HRCI       _X_ DCC       ___SCI

___ DUI Program      ___ Key North      ___ New Visions      ___ YCOP

___ Lifeskills         ___ PRC           ___ Alternative To Violence Program (AVP)

___ Mental Health     ___ Mental Health w/Sex Offenders Group

___ Mental Health w/Anger Management

___ Education        ___ Workpool       ___ Greentree      ___ Personal Challenges

___ Family Problems    ___ Substance Abuse Reality (SAR)      ___ Transition Unit (1D)

___ Note:  open charge(s) in file      ___ English as a Second Language Program

Note: You were override to maximum, due to your many class one write up.

This **recommendation** will now go to the Central Institutional Classification Board (CICB) for **approval** or **disapproval**.

**NOTE:  You will receive notification from the CICB  ONLY if they disapprove the MDT recommendation.**

*LT JONES*
_____3/3/05_____
       Date

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:  Inmate __Jimmie Lewis__  L.E

FROM:  Sgt. Moody, Inmate Grievance Chairperson

DATE:  2·25·05

RE:  YOUR RECENT GRIEVANCE #05-__11762__

This memo is to inform you that the grievance submitted by you dated __2·13·05__, regarding __grievance boxes__ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor, Wilmington, DE 19801.

____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff write a letter to that person's supervisor. In this case, that is:

__X__ This is an issue/complaint that has already been grieved by you or another inmate. 04-9138, 04-7126

____ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____ for clarification and/or direction.

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:         Inmate _Jimmie Lewis_____ _1-E_

FROM:     Sgt. Moody, Inmate Grievance Chairperson

DATE:     _2-25-05_

RE:         YOUR RECENT GRIEVANCE #05- _11905_

This memo is to inform you that the grievance submitted by you dated _2-13-05_____, regarding
_____ _C/o Davis . A_ _____ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or
     welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment).
     Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit
     within seven (7) days after the inmate receives the Classification decision. The letter must state that
     the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with
     the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours
     of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility
     Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot
     be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the
     Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole
     Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor,
     Wilmington, DE 19801.

_X_ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding
     staff write a letter to that person's supervisor. In this case, that is: _Captain Jefferson 8-4 shift Commander_

_X_ This is an issue/complaint that has already been grieved by you or another inmate. _05-11607._

____ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a
     grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms
     must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____
     for clarification and/or direction.

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:          Inmate _Jimmie Lewis_ _____ _1.E 4_

FROM:      Sgt. Moody, Inmate Grievance Chairperson

DATE:       _2-25-05_

RE:          YOUR RECENT GRIEVANCE #05-_11766_

This memo is to inform you that the grievance submitted by you dated _2-13-05_____, regarding
_____ _assult by c/o Goings . A_ _____ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor, Wilmington, DE 19801.

_X_ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff write a letter to that person's supervisor. In this case, that is: _Captain Jefferson 8-4 Shift Commander_

_X_ This is an issue/complaint that has already been grieved by you or another inmate. _05-11002_

____ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____ for clarification and/or direction.

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:         Inmate _Jimmie Lewis_      1:E

FROM:     Sgt. Moody, Inmate Grievance Chairperson

DATE:     2-25-05

RE:         YOUR RECENT GRIEVANCE #05- 11763

This memo is to inform you that the grievance submitted by you dated _2-13-05_____, regarding
_____ _gales_____ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

_X_ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or
welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment).
Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit
within seven (7) days after the inmate receives the Classification decision. The letter must state that
the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with
the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours
of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility
Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot
be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the
Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole
Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor,
Wilmington, DE 19801.

____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding
staff write a letter to that person's supervisor. In this case, that is:

____ This is an issue/complaint that has already been grieved by you or another inmate._____.

____ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a
grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms
must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____
for clarification and/or direction.

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:         Inmate   Jimmie Lewis                    1.E

FROM:     Sgt. Moody, Inmate Grievance Chairperson

DATE:      3·1·05

RE:          YOUR RECENT GRIEVANCE #05- 11952

This memo is to inform you that the grievance submitted by you dated   2·24·05   , regarding
_____ release date _____ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor, Wilmington, DE 19801.

_X_ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff write a letter to that person's supervisor. In this case, that is: Captain Jefferson 8·4 shift Commander

____ This is an issue/complaint that has already been grieved by you or another inmate._____.

____ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____ for clarification and/or direction.

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:        Inmate  Jimmie Lewis                1-E

FROM:    Sgt. Moody, Inmate Grievance Chairperson

DATE:      2-28-05

RE:        YOUR RECENT GRIEVANCE #05- 11823

This memo is to inform you that the grievance submitted by you dated  2-16-05  , regarding
                  programs                                              is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or
      welfare of inmates, staff and the public).

_X_ Classification issues (security classification, jobs, transfers, programs, housing unit assignment).
      Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit
      within seven (7) days after the inmate receives the Classification decision. The letter must state that
      the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with
      the classification decision. I/M Lewis, you can address this matter by writing to the Facility
      Treatment Administrator.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours
      of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility
      Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot
      be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the
      Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole
      Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor,
      Wilmington, DE 19801.

____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding
      staff write a letter to that person's supervisor. In this case, that is:

____ This is an issue/complaint that has already been grieved by you or another inmate._____

____ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a
      grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms
      must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:        Inmate _Jimmie Lewis_____ _1E_

FROM:    Sgt. Moody, Inmate Grievance Chairperson

DATE:     _3-1-05_

RE:        YOUR RECENT GRIEVANCE #05-_11918_

This memo is to inform you that the grievance submitted by you dated _2-22-05_, regarding _____ _assults on you_ _____ is not grievable for the following reason(s):

_____ The complaint was addressed by the IGC: _____.

_____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

_____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

_____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot be appealed.

_____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor, Wilmington, DE 19801.

_X_ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff write a letter to that person's supervisor. In this case, that is: _Captan Jefferson 8-4 shift commander_

_____ This is an issue/complaint that has already been grieved by you or another inmate._____.

_____ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance.

_____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms must be written in black or dark blue ink.

_____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____ for clarification and/or direction.

# Howard R. Young Correctional Institution
## Inter-Dept. Memo

TO:            Jimmie   Lewis        Inf.

FROM:          Sgt. M. Moody, Inmate Grievance Chair

DATE:          5-17-04

RE:            GRIEVANCE # 04-3382

Please be advised that your grievance has been received in the office of the

Grievance Chair regarding __being threatened__.

If no one contacts you for an informal resolution or if your grievance can

not be resolved informally, you will automatically be scheduled for a

grievance hearing before the Resident Grievance Committee (RGC).  Please

keep in mind your grievance is only one of numerous others received in this

office on a daily basis.

Thank you for your patience.

# Howard R. Young Correctional Institution
## Inter-Dept. Memo

TO:             *Jimmie Lewis, 1D Pod*

FROM:           *Sgt. M. Moody, Inmate Grievance Chair*

DATE:           *9/2/04*

RE:             **Correspondence dated 7-28-04**

*Please be advised that this office is in receipt of your regarding personal property at Delaware State Hospital. This office is still attempting to make contact to determine if your property is still at DSH. As soon as a response is received, you will be notified.*

cc:             *file*

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:         Inmate __Jimmie Lewis_____ _1·E_

FROM:     Sgt. Moody, Inmate Grievance Chairperson

DATE:     _3·1·05_

RE:         YOUR RECENT GRIEVANCE #05-_11917___

This memo is to inform you that the grievance submitted by you dated __2·22·05___, regarding
_____mase_____ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

_X_ **Security issue (involves the security and/or staffing of the Institution and/or the safety, health,
and/or welfare of inmates, staff and the public). I/M Lewis, you can address your concern with the
Office of the Security Superintendent.**

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment).
      Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit
      within seven (7) days after the inmate receives the Classification decision. The letter must state that
      the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with
      the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours
      of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility
      Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot
      be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the
      Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole
      Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor,
      Wilmington, DE 19801.

____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding
      staff write a letter to that person's supervisor. In this case, that is:

____ This is an issue/complaint that has already been grieved by you or another inmate._____.

____ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a
      grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms
      must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____

*RECEIVED LEGAL MAIL*
*MS. SUTTON 12/29/04*

### SUPERIOR COURT
#### OF THE
### STATE OF DELAWARE

CHARLES H. TOLIVER, IV
*JUDGE*

NEW CASTLE COUNTY COURTHOUSE
500 NORTH KING STREET, SUITE 10400
WILMINGTON, DELAWARE 19801-3733
TELEPHONE (302) 255-0657

December 14, 2004

Mr. Jimmie Lewis, #506622
Howard R. Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

RE:   **Lewis v. Williams**
       **C. A. No. 04M-11-098**

Dear Mr. Lewis:

I have now had the opportunity to review your petition seeking the issuance of a writ of habeas corpus which was filed with the Prothonotary on November 29, 2004. It is based upon that review that I must decline to grant the relief you seek.

More specifically, your petition seems to complain that you were not returned from the Delaware Psychiatric Center to the custody of the Department of Correction as requested by Ms. Stachowski, Director of the Delaware Psychiatric Center, on June 16, 2004. On June 22, 2004, I granted the aforementioned request on Ms. Stachowski's correspondence. On June 29, that document was filed with the Prothonotary. Please refer to the copy of the enclosed docket, entry number 41.

It appears that your petition does not contain any other basis for relief. Accordingly, your petition must be **denied**, as it does not state a claim upon which such a writ may be issued.

Page Two
**RE:   Lewis v. Williams**
        <u>**C. A. No. 04M-11-098**</u>

**IT IS SO ORDERED.**

Sincerely yours,

Charles H. Toliver, IV
Judge

CHT,IV/ld
Enclosures
oc:   Prothonotary
cc:   Investigative Services
      Dianne Stachowski, MSN, RN, CS
      Warden Raphael Williams, H.R.Y.C.I.
      H.R.Y.C.I. Records Division



**DELAWARE HEALTH
AND SOCIAL SERVICES**

DIVISION OF SUBSTANCE
ABUSE AND MENTAL HEALTH

DELAWARE PSYCHIATRIC CENTER

June 15, 2004



RECEIVED
JUN 21 2004
JUDGE TOLIVER'S OFFICE

Re: Jimmy Lewis
    ID# 0305016966

Dear Judge Toliver:

The Forensic Evaluation Team have completed their evaluation and treatment on Jimmy Lewis ID# 0305016966. We are requesting from the court a court order allowing us: ***To transfer Jimmy Lewis back to DOC.***

If there are any questions or concerns regarding this request, please contact me at (302) 255-9701. For the court's convenience my fax number is (302) 255-4439.

Respectfully,

*Dianne Stachowski*

Dianne Stachowski, MSN, RN, CS
Forensic Unit Director
Mitchell Building

*So ordered.
6/28/04*

2004 JUN 29 PM 4: 14
FILED
PROTHONOTARY

CC: Renata Henry, Director, DSAMH
    Ranga N. Ram, MD, Medical Director



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
1301 EAST 12TH STREET
WILMINGTON, DELAWARE 19809
Telephone: (302) 429-7747
Fax: (302) 429-7716

Raphael Williams
Warden IV

## *MEMORANDUM*

*TO:*      *Jimmie Lewis, 506622*
          ~~*Infirmary*~~

*FROM:*    *Warden Raphael Williams*

*DATE:*    *December 20, 2004*

*SUBJ:*    **YOUR RECENT CORRESPONDENCE**

   *Recreation is afforded to the offender population as staffing and weather permits.*

*RW:adc*

**DISTRIBUTION**

*LaVerna Lang, Correctional Records Supervisor*

**TOPS**

**CARBONLESS FORM 3801**

**CARBON REQUIRED**

NOTE: Send White and Pink copies.
Sender retains Canary copy.
TRIPLICATE

TO

SUBJECT

Lewis, Jimmy
506622

MESSAGE

legal material deny per PA fish

DATE 5/13/04

SIGNED Medical

REPLY

SIGNED _____ DATE _____

TOPS FORM 3801    MADE IN U.S.A.

SENDER: RETAIN CANARY COPY

RECIPIENT: REPLY ON PINK COPY – RETAIN WHITE COPY



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
MULTI-PURPOSE CRIMINAL JUSTICE FACILITY
1301 E. 12TH STREET
WILMINGTON, DE 19809

TELEPHONE: (302) 429-7700                                                   FAX: (302) 429-7707

## TRANSFER TO ADMINISTRATIVE SEGREGATION

NAME: _____Lewis, Jimmie_____   SBI NUMBER: _____506622_____

DATE OF ORDER: ____5/3/04____   CURRENT LOCATION: __Infirmary 197__

TIME OF ORDER: ____1714____   NEW LOCATION: _____TBD_____

You are hereby being placed on administrative segregation for the following
reason (s):

_____   A threat / potential threat to the security and safety of this facility.

__XXX__   Your unacceptable / acting out behavior.

_____   The threat or potential threat of physical harm from others.

_____   Pending a complete investigation for a security violation.

**COMMENTS:**  _You are being placed on administrative segregation because of your continuous acting out ._

_____

_____

## APPROVING AUTHORITY (STAFF LIEUTENANT OR ABOVE):

_____Captain D. Bamford  _____
**STAFF TITLE AND SIGNATURE**

DISTRIBUTION
Original:   Warden via Deputy Warden
Copy:       Linda Hunter,  Health Services Administrator
            Counselors via Pam Faukner-Minor, Counselor Manager
            Primary Control/Movement Log Officer
            Housing Unit – Module Control
            Resident

FORM#: 465

Delaware Facility  *H.R.Y.C.I*



FIRST CORRECTIONAL MEDICAL
FCM
·LEADING THE WAY IN CORRECTIONAL HEALTHCARE·

I, *JIMMIE LEWIS*    have been fully informed of the rules for participation and goals for mental health group therapy. I understand group therapy is a confidential process and that I will protect the privacy and confidentiality of other participants. I will not disclose information of any sort about other group members to anyone outside the group.

I agree to participate actively in the group, to cooperate with the group leader and to complete the activities included in my therapy group.

I agree to abide by the rules of group participation as outlined below:
1. I will treat group members and leaders with respect whether I agree with them or not.
2. I will not be verbally or physically abusive to any group member or group leader.
3. I agree to contribute what I can and to make honest effort to participate during group times by being on time, listening and missing no groups through my own fault.

I understand failure to follow these rules may result in expulsion from the group and may affect my eligibility to participate in other groups offered by FCM at this facility.

| | |
|---|---|
| _Jimmie Lewis_ | _506622_ |
| Inmate/Detainee Name | Number |
| | _Sept 2003_ |
| Signature | Date |
| | |
| Mental Health Services Staff Member | Date |

# Howard R. Young Correctional Institution
## Inter-Dept. Memo

TO:                I/M Jimmie Lewis, 1D Pod

FROM:              Sgt. M. Moody, Inmate Grievance Chair

DATE:              8/12/04

RE:                **Correspondence dated 7/28/04**

*I/M Lewis, please be advised that no legal mail or personal property could be located in your property located in Booking & Receiving.*

*Cc:    file*

SHIFT SUPERVISOR'S
PRE-HEARING DETENTION ORDER

| NUMBER | NAME | INSTITUTION | DATE OF ORDER |
|--------|------|-------------|---------------|
| #506622 | LEKLIS, JIMMY | HRYCI | 4/23/04 |
| | | | TIME OF ORDER |
| | | | 0950 |

1. The above inmate has been accused of committing a major offense and will appear before the Hearing Officer in the near future at a Disciplinary Hearing.

2. The inmate has become a sufficient threat to other inmates, staff members, or himself to warrant pre-hearing detention in that:

      1.06  DISORDERLY AND/OR THREATENING bEHAVIOR
      1.13  FIGHTING

3. This order must be reviewed by the Warden or his designee every 24 hours for determination as to whether this inmate <u>remains</u> a sufficient threat to warrant pre-hearing detention.

4. If this order is not reviewed within 24 hours by the Warden or his designee, the inmate shall be returned to his previous status.

5. Any time spent in pre-hearing detention shall be credited against any subsequent sanction imposed by the Hearing Officer.

LT. B. SINGH.
_____
Name of Shift Supervisor

B. Singh
_____
Signature

REVIEWED BY:      Name        Date and Time        Decision

FORM #: 125
(2-part NCR)

## MEMORANDUM

**To: All West Side Inmates**

**From: Law Library**

**Date: July 7, 2003**

**RE: CASE LAW AND OTHER PUBLISHED LAW MATERIAL**

Please be advised that, per new policy, case law is on a loan basis, and copies of other published material are also on a loan basis.

Copies of additional case law and/or copies of other published law material will be sent only when the material previously furnished to you has been returned.

Thank you for your attention in this matter.

Law Library

*TO* →

12/1/04 11:16 AM

Jimmie Lewis

~~2E-4~~ *INFIRMARY*

Your cost for having 86 pages copied is $21.50.

The copies will be made and delivered after you:

    1) determine that sufficient funds are available to cover the cost of the copies and

    2) complete a "Pay-to" for the amount and return it, <u>along with this form</u> to the law library.

Thank you,

Law Library.

# Request for Legal Photocopies

NOTE: You will receive your copies within a reasonable amount of time. Please read this form and fill it out completely and correctly. PRINT ONLY.

Name: _Jimmie Lewis_                                    Date _NOV 2 9 2004_

Housing Unit: _2E-4_

| Type of Document(s)   (Max of five) | Numbers of Copies | Envelopes Needed |
|---|---|---|
| notice of appeal from Interlocutory Order (3pgs) = #4.50 | 6 | White: _____ |
| Application for Certification to Suprene Ct. (5pgs) = #7.50 | 6 | Yellow: _2√_ .40¢ |

*#3.30 on the Books*

I have a deadline, my pleadings must be in court by:   ⟨ Total #12.40 ⟩

**Stapled**          **Double Sided**     (Will be verified) **Date:** _____   **Case#:** _____

## Your request can not be honored for the following reasons :

☐ The material submitted is not legal work.          ☐ The citation you have submitted is incomlete.
☐ Grievances, letters, status sheets, etc. are not legal work.   ☐ There is a .25 per page per side charge for your
☐ Your request is excessive, five (5) case per week maximum.       item(s) submitted for copying.
   We do not have the material you have requested.

*# 3.30 on the Books*

---

FORM # 34                              _IE_ ¹⁵                     DATE: _2/15/05_

PAY TO: _U.S. TREASURY_ —                                  AMOUNT: $ _____

THE SUM OF: _THIRTY SEVEN CENT_ —                      & CENTS _.37_
                    (PLEASE CHARGE TO MY ACCOUNT)
ADDRESS TO WHOM SENT:
_GLORIA BANKS_                   SBI#: _506622_
_6 W. GRIFFITH STREET_
_PENNSGROVE, NJ 08069_                        (WITNESS: _____ )

*Insufficient Funds*

2/2/05 1:58 PM

Jimmie Lewis
1E - 15

Your cost for having 19 pages copied is $4.75.

The copies will be made and delivered after you:

1) determine that sufficient funds are available to cover the cost
   of the copies and

2) complete a "Pay-to" for the amount and return it, <u>along with</u>
   <u>this form</u> to the law library.

Thank you,

Law Library.

*Paid (Acc't
2/8/2005*

*see attached*

*FEB 7 2005
pay to Rec'd*

TO: MR. R. JOHNSON                                    2/16/05

FROM: MR. JIMMIE LEWIS
        SBI# 506600              Inf. 197

ENCLOSED IS A PAY TO, TO COVER THE COST
FOR PAGES 80 - 134   OF THE PRISONERS
SELF HELP LITIGATION MANUEL, (5) (G-
ENVELOPES, (20) SHEETS OF PAPER, & (6)
COPIES OF EACH DOCUMENT

                        $ 12.75        $ 13.05

P.S I RECENTLY REQUESTED
SUPERIOR COURT RULE 71,
WHEN I SHOULD HAVE REQUESTED
SUPERIOR COURT RULE (72)           Jimmie Lewis
PLEASE FORWARD SUPERIOR COURT       JIMMIE LEWIS
RULE 72 TO ME AS SOON AS           SBI # 506600
POSSIBLE.                          LEWIS

                                    Inf 197

                        As of 2/17/05
                          $ 4.38

TO: MR. R. JOHNSON.                    FEB 25 2005    2/23/05

~~TO:~~
~~From:~~ MR JIMMIE LEWIS
                SBI# 506622, ~~JOHNSON~~ 1E-4

ENCLOSED IS A PAY TO, TO COVER THE

COST FOR PAGES 476 TO 519 OF THE                    22

PRISONERS SELF HELP LITIGATION MANUEL.

$ 5.50 ; (1) 285 FORM & (2) COPIES
                                    (2 pgs)
OF THE ENCLOSED DOCUMENTS $ 1.00


$ 6.50

number of pages 22 +4                    Jimmie Lewis
                    $ 6.50 including          JIMMIE LEWIS
Amount $ 5.50          forms and documents     SBI # 506622, 1E-4
                    (sent seperately)

# 4.78 on the books as of 2/25/05          Date: 2/23/05
Pay-To: H. R. Y. C. I                      Amount: $ 6.50
The Sum of: SIX DOLLARS                    and Cents FIFTY
Address to whom sent:
                          SBI# 506622      Jimmie Lewis
H. R. Y. C. I                              Inmate Signature
1301 E. 12 TH ST          Log # _____    O/C Signature
WILM, DE 19809            Check # _____
                          Date of CK ____  Lieutenant Signature if Over $100.00
Form #24 (rev. 9/93)                       Shift Commander Signature if Over $1000.00

~~TO~~: MR. R. JOHNSON:

TO
~~FROM~~: MR. JIMMIE LEWIS
       SBI # 506622, 1E-4

FEB 2 5 2005

ENCLOSED IS A PAY TO, TO COVER THE COST
FOR PAGES 5~~20 TO 582~~ OF THE PRISONERS
SELF HELP LITIGATION MANUEL.  $ 7.75

number of pages   31
Amount $ 7.75

Jimmie Lewis
SBI # 506622
1E-4

Paid/sent
2/28/2005

* 4.38 on The Books AN of 2/25/05          Date: 2/24/05
Pay-To: H.R.Y.C.I                          Amount: $ 7.75
The Sum of: SEVEN DOLLARS                  and Cents SEVENTY FIVE

Address to whom sent:
                              SBI# 506622        Jimmie Lewis
H.R.Y.C.I                     Log # _____      C/O V. Villiam
                                                 Inmate Signature
1301 E. 12TH ST               Check # _____    OIC Signature
WILM, DE 19809                Date of Ck _____  Lieutenant Signature if Over $100.00

Form #34 (rev 5/03)                               Shift Commander Signature if Over $1000.00

**RESIDENT TRANSACTION REPORT**

HRYCI
12/07/04 08:55
ST 002 / OPR WLH

SBI              : 506622
Resident Name    : LEWIS, JIMMY
Time Frame       : 06/25/2004 12:48 - 12/07/2004 08:55

| Date | Time | Type | ST | OPR | Receipt # | Amount |
|------|------|------|----|----|-----------|--------|
| 06/25/2004 | 12:48 | Reopen-Cash | 5 | WD | E2855 | 1.50 |
| 07/07/2004 | 06:52 | Order-Swanson | 2 | IM | B23665 | 1.36 |
| 07/12/2004 | 15:10 | Add-Cash | 6 | PLF | F4716 | 39.71 |
| 07/14/2004 | 09:23 | Order-Swanson | 2 | DDT | B24914 | 21.21 |
| 07/19/2004 | 12:00 | Add-Cash | 4 | CK | D9846 | 50.00 |
| 07/20/2004 | 08:51 | Order-Swanson | 2 | DDT | B25494 | 14.58 |
| 07/26/2004 | 13:03 | Add-Cash | 4 | CK | D10189 | 30.00 |
| 07/27/2004 | 13:05 | Order-Swanson | 2 | IM | B26422 | 22.16 |
| 08/04/2004 | 08:15 | Order-Swanson | 2 | WLH | B27502 | 23.36 |
| 08/09/2004 | 12:28 | Add-Cash | 4 | CK | D10924 | 40.00 |
| 08/10/2004 | 08:06 | Order-Swanson | 2 | DDT | B28073 | 24.75 |
| 08/12/2004 | 10:26 | Order-Swanson | 9 | WAC | I149 | 2.20 |
| 08/17/2004 | 08:39 | Order-Swanson | 2 | DDT | B29081 | 28.63 |
| 08/18/2004 | 11:38 | Receivable Charge | 7 | PLF | G2806 | 2.85 |
| 08/18/2004 | 11:38 | Receivable Payment-Resident | 7 | PLF | G2806 | 2.85 |
| 08/18/2004 | 11:38 | Receivable Realize | 7 | PLF | G2806 | 2.85 |
| 08/18/2004 | 11:38 | Receivable Charge | 7 | PLF | G2806 | 2.90 |
| 08/18/2004 | 11:38 | Receivable Payment-Resident | 7 | PLF | G2806 | 2.90 |
| 08/18/2004 | 11:38 | Receivable Realize | 7 | PLF | G2806 | 2.90 |
| 08/18/2004 | 14:43 | Order-Swanson | 2 | DDT | B29432 | 2.30 |
| 08/19/2004 | 12:38 | Add-Cash | 4 | CK | D11404 | 20.00 |
| 08/23/2004 | 09:26 | Add-Cash | 8 | RP | H5616 | 25.00 |
| 08/25/2004 | 07:55 | Order-Swanson | 2 | DDT | B30311 | 18.48 |
| 09/01/2004 | 08:07 | Order-Swanson | 2 | IM | B30951 | 25.28 |
| 09/15/2004 | 08:28 | Order-Swanson | 2 | IM | B32918 | 16.00 |
| 09/17/2004 | 12:56 | Add-Cash | 4 | SED | D12896 | 25.00 |
| 09/21/2004 | 13:19 | Order-Swanson | 2 | IM | B33682 | 22.17 |
| 09/22/2004 | 13:23 | Add-Cash | 4 | SED | D13102 | 25.00 |
| 09/29/2004 | 08:33 | Order-Swanson | 2 | DDT | B34761 | 14.70 |
| 09/30/2004 | 13:59 | Swanson Credit | 9 | IM | I559 | 2.76 |
| 09/30/2004 | 14:04 | Order-Swanson | 9 | IM | I561 | 3.70 |
| 10/06/2004 | 08:33 | Order-Swanson | 2 | DDT | B35533 | 7.82 |
| 10/13/2004 | 09:49 | Order-Swanson | 2 | DDT | B36466 | 4.41 |
| 10/20/2004 | 10:41 | Add-Cash | 4 | SED | D14514 | 25.00 |
| 10/26/2004 | 09:04 | Order-Swanson | 2 | DDT | B38042 | 21.52 |
| 10/27/2004 | 09:22 | Swanson Credit | 2 | WAC | B38319 | 21.52 |
| 10/28/2004 | 18:31 | Receivable Charge | 7 | PLF | G3722 | 2.90 |
| 10/28/2004 | 18:31 | Receivable Payment-Resident | 7 | PLF | G3722 | 2.90 |
| 10/28/2004 | 18:31 | Receivable Realize | 7 | PLF | G3722 | 2.90 |
| 10/28/2004 | 18:31 | Receivable Charge | 7 | PLF | G3722 | 1.06 |
| 10/28/2004 | 18:31 | Receivable Payment-Resident | 7 | PLF | G3722 | 1.06 |
| 10/28/2004 | 18:31 | Receivable Realize | 7 | PLF | G3722 | 1.06 |
| 10/28/2004 | 18:31 | Receivable Charge | 7 | PLF | G3722 | 1.75 |
| 10/28/2004 | 18:31 | Receivable Payment-Resident | 7 | PLF | G3722 | 1.75 |
| 10/28/2004 | 18:31 | Receivable Realize | 7 | PLF | G3722 | 1.75 |
| 10/28/2004 | 18:31 | Receivable Charge | 7 | PLF | G3722 | 2.21 |
| 10/28/2004 | 18:31 | Receivable Payment-Resident | 7 | PLF | G3722 | 2.21 |
| 10/28/2004 | 18:31 | Receivable Realize | 7 | PLF | G3722 | 2.21 |
| 10/28/2004 | 18:31 | Receivable Charge | 7 | PLF | G3722 | 1.06 |
| 10/28/2004 | 18:31 | Receivable Payment-Resident | 7 | PLF | G3722 | 1.06 |
| 10/28/2004 | 18:31 | Receivable Realize | 7 | PLF | G3722 | 1.06 |
| 10/28/2004 | 18:31 | Receivable Charge | 7 | PLF | G3722 | 1.06 |
| 10/28/2004 | 18:31 | Receivable Payment-Resident | 7 | PLF | G3722 | 1.06 |
| 10/28/2004 | 18:31 | Receivable Realize | 7 | PLF | G3722 | 1.06 |
| 10/28/2004 | 18:31 | Receivable Charge | 7 | PLF | G3722 | 0.60 |
| 10/28/2004 | 18:31 | Receivable Payment-Resident | 7 | PLF | G3722 | 0.60 |
| 10/28/2004 | 18:31 | Receivable Realize | 7 | PLF | G3722 | 0.60 |
| 10/28/2004 | 18:31 | Receivable Charge | 7 | PLF | G3722 | 0.60 |

RESIDENT TRANSACTION REPORT                                           Page 2 of 3

HRYCI
12/07/04 08:55
ST 002 / OPR WLH

SBI              :   506622
Resident Name    :   LEWIS, JIMMY
Time Frame       :   06/25/2004 12:48 - 12/07/2004 08:55

----------------------------------------------------------------------------------

| Date | Time | Type | ST | OPR | Receipt # | Amount |
|------|------|------|----|----|-----------|--------|
| 10/28/2004 | 18:31 | Receivable Payment-Resident | 7 | PLF | G3722 | 0.60 |
| 10/28/2004 | 18:31 | Receivable Realize | 7 | PLF | G3722 | 0.60 |
| 10/28/2004 | 18:31 | Receivable Charge | 7 | PLF | G3722 | 0.60 |
| 10/28/2004 | 18:31 | Receivable Payment-Resident | 7 | PLF | G3722 | 0.60 |
| 10/28/2004 | 18:31 | Receivable Realize | 7 | PLF | G3722 | 0.60 |
| 10/28/2004 | 18:31 | Receivable Charge | 7 | PLF | G3722 | 0.60 |
| 10/28/2004 | 18:31 | Receivable Payment-Resident | 7 | PLF | G3722 | 0.60 |
| 10/28/2004 | 18:31 | Receivable Realize | 7 | PLF | G3722 | 0.60 |
| 10/28/2004 | 18:31 | Receivable Charge | 7 | PLF | G3722 | 0.83 |
| 10/28/2004 | 18:31 | Receivable Payment-Resident | 7 | PLF | G3722 | 0.83 |
| 10/28/2004 | 18:31 | Receivable Realize | 7 | PLF | G3722 | 0.83 |
| 10/28/2004 | 18:31 | Receivable Charge | 7 | PLF | G3722 | 1.06 |
| 10/28/2004 | 18:31 | Receivable Payment-Resident | 7 | PLF | G3722 | 1.06 |
| 10/28/2004 | 18:31 | Receivable Realize | 7 | PLF | G3722 | 1.06 |
| 11/02/2004 | 08:36 | Order-Swanson | 2 | WAC | B38956 | 10.59 |
| 11/03/2004 | 14:16 | Swanson Credit | 9 | IM | I903 | 10.59 |
| 11/03/2004 | 14:19 | Order-Swanson | 9 | IM | I904 | 10.59 |
| 11/05/2004 | 09:24 | Add-Cash | 8 | RP | H7396 | 25.00 |
| 11/08/2004 | 13:02 | Add-Cash | 4 | CK | D15398 | 30.00 |
| 11/23/2004 | 08:17 | Order-Swanson | 2 | DDT | B41541 | 32.74 |
| 11/24/2004 | 15:36 | Receivable Charge | 7 | PLF | G4070 | 2.90 |
| 11/24/2004 | 15:36 | Receivable Payment-Resident | 7 | PLF | G4070 | 2.90 |
| 11/24/2004 | 15:36 | Receivable Realize | 7 | PLF | G4070 | 2.90 |
| 11/24/2004 | 15:36 | Receivable Charge | 7 | PLF | G4070 | 1.06 |
| 11/24/2004 | 15:36 | Receivable Payment-Resident | 7 | PLF | G4070 | 1.06 |
| 11/24/2004 | 15:36 | Receivable Realize | 7 | PLF | G4070 | 1.06 |
| 11/24/2004 | 15:36 | Receivable Charge | 7 | PLF | G4070 | 0.75 |
| 11/24/2004 | 15:36 | Receivable Payment-Resident | 7 | PLF | G4070 | 0.75 |
| 11/24/2004 | 15:36 | Receivable Realize | 7 | PLF | G4070 | 0.75 |
| 11/24/2004 | 15:36 | Receivable Charge | 7 | PLF | G4070 | 2.21 |
| 11/24/2004 | 15:36 | Receivable Payment-Resident | 7 | PLF | G4070 | 2.21 |
| 11/24/2004 | 15:36 | Receivable Realize | 7 | PLF | G4070 | 2.21 |
| 11/24/2004 | 15:36 | Receivable Charge | 7 | PLF | G4070 | 1.06 |
| 11/24/2004 | 15:36 | Receivable Payment-Resident | 7 | PLF | G4070 | 1.06 |
| 11/24/2004 | 15:36 | Receivable Realize | 7 | PLF | G4070 | 1.06 |
| 11/24/2004 | 15:36 | Receivable Charge | 7 | PLF | G4070 | 1.06 |
| 11/24/2004 | 15:36 | Receivable Payment-Resident | 7 | PLF | G4070 | 1.06 |
| 11/24/2004 | 15:36 | Receivable Realize | 7 | PLF | G4070 | 1.06 |
| 11/24/2004 | 15:36 | Receivable Charge | 7 | PLF | G4070 | 0.60 |
| 11/24/2004 | 15:36 | Receivable Payment-Resident | 7 | PLF | G4070 | 0.60 |
| 11/24/2004 | 15:36 | Receivable Realize | 7 | PLF | G4070 | 0.60 |
| 11/24/2004 | 15:36 | Receivable Charge | 7 | PLF | G4070 | 0.60 |
| 11/24/2004 | 15:36 | Receivable Payment-Resident | 7 | PLF | G4070 | 0.60 |
| 11/24/2004 | 15:36 | Receivable Realize | 7 | PLF | G4070 | 0.60 |
| 11/24/2004 | 15:36 | Receivable Charge | 7 | PLF | G4070 | 0.60 |
| 11/24/2004 | 15:36 | Receivable Payment-Resident | 7 | PLF | G4070 | 0.60 |
| 11/24/2004 | 15:36 | Receivable Realize | 7 | PLF | G4070 | 0.60 |
| 11/24/2004 | 15:36 | Receivable Charge | 7 | PLF | G4070 | 0.60 |
| 11/24/2004 | 15:36 | Receivable Payment-Resident | 7 | PLF | G4070 | 0.60 |
| 11/24/2004 | 15:36 | Receivable Realize | 7 | PLF | G4070 | 0.60 |
| 11/24/2004 | 15:36 | Receivable Charge | 7 | PLF | G4070 | 0.83 |
| 11/24/2004 | 15:36 | Receivable Payment-Resident | 7 | PLF | G4070 | 0.83 |
| 11/24/2004 | 15:36 | Receivable Realize | 7 | PLF | G4070 | 0.83 |
| 11/24/2004 | 15:36 | Receivable Charge | 7 | PLF | G4070 | 1.00 |
| 11/24/2004 | 15:36 | Receivable Payment-Resident | 7 | PLF | G4070 | 1.00 |
| 11/24/2004 | 15:36 | Receivable Realize | 7 | PLF | G4070 | 1.00 |
| 11/24/2004 | 15:36 | Receivable Charge | 7 | PLF | G4070 | 0.37 |
| 11/24/2004 | 15:36 | Receivable Payment-Resident | 7 | PLF | G4070 | 0.37 |

RESIDENT TRANSACTION REPORT                                    Page 3 of 3

**HRYCI**
**12/07/04 08:55**
**ST 002 / OPR WLH**

SBI            :  506622
Resident Name  :  LEWIS, JIMMY
Time Frame     :  06/25/2004 12:48 - 12/07/2004 08:55

-------------------------------------------------------------------------------
| Date | Time | Type | ST | OPR | Receipt # | Amount |
|------|------|------|----|----|-----------|--------|
-------------------------------------------------------------------------------

| Date | Time | Type | ST | OPR | Receipt # | Amount |
|------|------|------|----|-----|-----------|--------|
| 11/24/2004 | 15:36 | Receivable Realize | 7 | PLF | G4070 | 0.37 |
| 11/24/2004 | 15:36 | Receivable Charge | 7 | PLF | G4070 | 0.37 |
| 11/24/2004 | 15:36 | Receivable Payment-Resident | 7 | PLF | G4070 | 0.37 |
| 11/24/2004 | 15:36 | Receivable Realize | 7 | PLF | G4070 | 0.37 |
| 11/24/2004 | 15:36 | Receivable Charge | 7 | PLF | G4070 | 1.29 |
| 11/24/2004 | 15:36 | Receivable Payment-Resident | 7 | PLF | G4070 | 1.29 |
| 11/24/2004 | 15:36 | Receivable Realize | 7 | PLF | G4070 | 1.29 |
| 11/24/2004 | 15:36 | Receivable Charge | 7 | PLF | G4070 | 0.37 |
| 11/24/2004 | 15:36 | Receivable Payment-Resident | 7 | PLF | G4070 | 0.37 |
| 11/24/2004 | 15:36 | Receivable Realize | 7 | PLF | G4070 | 0.37 |
| 11/24/2004 | 15:36 | Receivable Charge | 7 | PLF | G4070 | 0.37 |
| 11/24/2004 | 15:36 | Receivable Payment-Resident | 7 | PLF | G4070 | 0.37 |
| 11/24/2004 | 15:36 | Receivable Realize | 7 | PLF | G4070 | 0.37 |
| 11/24/2004 | 15:36 | Receivable Charge | 7 | PLF | G4070 | 1.52 |
| 11/24/2004 | 15:36 | Receivable Payment-Resident | 7 | PLF | G4070 | 1.52 |
| 11/24/2004 | 15:36 | Receivable Realize | 7 | PLF | G4070 | 1.52 |
| 11/24/2004 | 15:36 | Receivable Charge | 7 | PLF | G4070 | 0.37 |
| 11/24/2004 | 15:36 | Receivable Payment-Resident | 7 | PLF | G4070 | 0.37 |
| 11/24/2004 | 15:36 | Receivable Realize | 7 | PLF | G4070 | 0.37 |
| 11/24/2004 | 15:36 | Receivable Charge | 7 | PLF | G4070 | 0.83 |
| 11/24/2004 | 15:36 | Receivable Payment-Resident | 7 | PLF | G4070 | 0.83 |
| 11/24/2004 | 15:36 | Receivable Realize | 7 | PLF | G4070 | 0.83 |
| 11/24/2004 | 15:36 | Receivable Charge | 7 | PLF | G4070 | 0.37 |
| 11/24/2004 | 15:36 | Receivable Payment-Resident | 7 | PLF | G4070 | 0.37 |
| 11/24/2004 | 15:36 | Receivable Realize | 7 | PLF | G4070 | 0.37 |
| 11/30/2004 | 11:41 | Order-Swanson | 2 | WLH | B42407 | 3.10 |
| 12/02/2004 | 10:29 | Receivable Charge-Reversal | 7 | kjg | G4112 | 14.33 |
| 12/02/2004 | 10:29 | Recv Payment Reversal-Resident | 7 | kjg | G4112 | 14.33 |
| 12/02/2004 | 10:29 | Receivable Realize Reversal | 7 | kjg | G4112 | 14.33 |
| 12/07/2004 | 08:05 | Order-Swanson | 2 | WLH | B43112 | 14.51 |

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:          Inmate  Jimmie Lewis

FROM:        Sgt. Moody, Inmate Grievance Chairperson

DATE:        3·10·05

RE:          YOUR RECENT GRIEVANCE #05- 12241

This memo is to inform you that the grievance submitted by you dated _3·8·05_____, regarding
_____Sgt. Way_____ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or
welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment).
Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit
within seven (7) days after the inmate receives the Classification decision. The letter must state that
the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with
the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours
of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility
Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot
be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the
Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole
Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor,
Wilmington, DE 19801.

_X_ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding
staff write a letter to that person's supervisor. In this case, that is: Caplan Jefferson 8·4 shift Commander

____ This is an issue/complaint that has already been grieved by you or another inmate._____.

____ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a
grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms
must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____
for clarification and/or direction.

X **Action request is inappropriate or not completed. Inmate must make an actual request, such as, request that an investigation be conducted (inmates are not forwarded results of investigations that involve staff conduct). Howe ever, on your behalf, a copy of this grievance has been forwarded to Captain Jefferson, 8x4 Shift Commander for review.**

____ Documentation must be attached to the grievance when it is resubmitted that supports allegations/complaint, such as commissary receipts, Form 537, etc. The IGC will make copies of items submitted with the grievance and return the originals to the inmate.

____ This complaint should be addressed by submitting a sick call slip. If you are experiencing any type medical condition, please submit a sick call slip.

____Other: Requests are not processed through the grievance procedure.

____ Other: Please be advised that you have submitted your grievance on the wrong form. Please re-submit using the correct grievance form.

cc:     file

# Howard R. Young Correctional Institution
## Inter-Dept. Memo

TO:                     Jimmie Lewis

FROM:                 Sgt. M. Moody, Inmate Grievance Chair

DATE:                 3·10·05

RE:                     GRIEVANCE # 05·12246

Please be advised that your grievance has been received in the office of the

Grievance Chair regarding _____ food servers _____.

If no one contacts you for an informal resolution or if your grievance can not

be resolved informally, you will automatically be scheduled for a grievance

hearing before the Resident Grievance Committee (RGC).  Please keep in

mind your grievance is only one of numerous others received in this office

on a daily basis.

Thank you for your patience.

# Howard R. Young Correctional Institution
## Inter-Dept. Memo

TO:             Jimmie Lewis                    ~~Inf.~~

FROM:           Sgt. M. Moody, Inmate Grievance Chair

DATE:           3-10-05

RE:             GRIEVANCE # 05-12239

Please be advised that your grievance has been received in the office of the

Grievance Chair regarding ____ juice _____ .

If no one contacts you for an informal resolution or if your grievance can not

be resolved informally, you will automatically be scheduled for a grievance

hearing before the Resident Grievance Committee (RGC).  Please keep in

mind your grievance is only one of numerous others received in this office

on a daily basis.

Thank you for your patience.

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801


## MEMORANDUM


TO:        Inmate Jimmie Lewis, Infirmary

FROM:      Sgt. Moody, Inmate Grievance Chairperson

DATE:      3-10-05

RE:        Correspondence dated 2-14 & 2-28-05

Please be advised that this office is in receipt of your correspondence regarding the scheduling of Medical Grievances. Please be advised that Medical schedules their grievance hearings. You can write to the Office of the Health Services Administrator, April Lyons, regarding this matter.

Cc:        file

# Multi-Purpose Criminal Justice Facility
## Inter-Dept. Memo

TO:               Jimmie Lewis                    ~~JM.~~

FROM:          Sgt. M. Moody, Inmate Grievance Chair

DATE:           3·10·05

RE:               MEDICAL GRIEVANCE # 05-12033

Please be advised that your medical grievance has been received in the office

of the Grievance Chair.  In accordance with the Inmate Grievance Procedure

4.4, it has been forwarded to the Medical Department for processing.

If no one contacts you for an informal resolution or if your grievance can not

be resolved informally, you will automatically be scheduled for a grievance

hearing before the Medical Grievance Committee (MGC).  Please keep in

mind your grievance is only one of numerous others received in this office

on a daily basis.  Thank you for your patience.

FORM  #584

### GRIEVANCE FORM

FACILITY: _H.R.Y.C.I_                    DATE: _2/24/05_

GRIEVANT'S NAME: _Jimmie Lewis_          SBI#: _506622_

CASE#: _____                   TIME OF INCIDENT: _2/22/05_

HOUSING UNIT: _1E - 4_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

_I HAVE JUST RECEIVED MY SENTENCING WORKSHEETS, #'s 03-06-0175,_
_03-06-0176 & 03-06-0177 FROM NEW CASTLE COUNTY PROTHONOTARY._
_JUDGE PEGGY L. ABLEMAN SENTENCED ME CONCURRENTLY, SEE ATTACHED._
_DEFINITION FOR CONCURRENT: OCCURRING AT THE SAME TIME, ACTING TOGETHER,_
_LAW HAVING EQUAL AUTHORITY. DEFINITION FOR CONSECUTIVE: FOLLOWING IN_
_ORDER WITHOUT INTERUPTION, SUCCESSIVE. THE DELIMMA IS THAT SOMEONE_
_FROM THE RECORDS DEPARTMENT CONCULATED MY SENTENCE CONSECUTIVELY_
_NOT CONCURRENTLY IN ACCORDANCE TO JUDGE PEGGY L. ABLEMANS SUPERIOR_
_COURT ORDER. SPECIFICLY, MY LEVEL (5) MAX DATE SHOULD BE —_
_12/09/2006 NOT 12/09/2007._

ACTION REQUESTED BY GRIEVANT: _I NEED THIS MATTER TO BE INVESTIGATED._
_I ALSO NEED TO BE INFORMED EXACTLY WHICH H.R.Y.C.I —_
_WARDEN MR. RAPHEL WILLIAMS EMPLOYEE IS DIRECTLY RESPONSIBLE_
_FOR THIS ~~WHICH~~ INEVITABLE CONSTITUTIONAL VIOLATION, IN ORDER FOR ME TO_
_OBTAIN MONETARY DAMAGES FROM THE FEDERAL DISTRICT COURT._

GRIEVANT'S SIGNATURE: _Jimmie Lewis_          DATE: _2/24/05_

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE  ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____          DATE: _____

IF UNRESOLVED, YOU ARE  ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
     GRIEVANT

April '97 REV

# Offender Status Sheet

**Date:** 02/14/2005

| | | |
|---|---|---|
| **SBI #:** 00506622 | **Name:** JIMMY LEWIS | |
| **Location(s):** HRYCI | **Level(s):** 5 | **Race:** BLACK | **DOB:** 12/25/1966 |
| **AKA:** | | |
| **Offender Type:** Sentenced | **Officer(s):** | |

| Level: 5 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| **Start Date:** 05/26/2003 | **MED:** 05/24/2009 | **STRD:** 11/01/2008 | **ADJ:** 11/01/2008 | **PED:** | **Statutory Days Earned:** 204.00 |
|---|---|---|---|---|---|

| CASE#/ Court | CRA#/ Judge | Charge Desc/ Sen. Type/ Sentence Date | Status/ Eff. Date | Y | M | D | Start Dt | MED | STRD | Adj Date | CR | Wk |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0305016966 | IN03060175 | CARJACKING 2ND | Current | 5 | 0 | 0 | 05/26/2003 | 05/25/2008 | 12/09/2007 | 12/09/2007 | | |
| U7 | Peggy L Ableman | STANDARD | 02/11/2005 05/26/2003 | | | | | | | | | |
| 0305016966 | IN03060176 | THEFT $1000 OR> | Current | 1 | 0 | 0 | 05/25/2008 | 05/24/2009 | 11/01/2008 | 11/01/2008 | | |
| U7 | Peggy L Ableman | STANDARD | 02/11/2005 05/26/2003 | | | | | | | | | |

**Special Conditions:**

| CRA# | Level | Code | Condition Description | Condition Comments |
|---|---|---|---|---|
| IN03060175 | 5 | CRT1 | Other Conditions: | To serve 5 years Level 5. ac |
| IN03060176 | 5 | CRT1 | Other Conditions: | To serve 2 years Level 5, suspended after 1 year for 1 year Level 4 Plummer Center, suspended after 6 months for 6 months Probation Level 3. ac |

# SENTENCING WORKSHEET 50662  Time: _____    Sent to Judge:

| | |
|---|---|
| Defendant Name: | Date: 02-11-05 |
| AKA: Lewis, Jimmy | Judge: PLA |
| ID Number: D305616966 | DOB: 12-25-66 |

| Criminal Action Number: | Charge: |
|---|---|
| Prefix N  Number 03-06-0176  Suffix | Theft 1000 or > |

**FINANCIAL**

| ☐ Pay Costs | ☐ Costs Suspended | ☐ Pay Fine $ | ☐ 15%  ☐ 18% | ☐ Fine Suspended: |
|---|---|---|---|---|

**IMPRISONMENT/PROBATION**

| ☐ In Violation of Probation/Contempt | ☐ Revoked | ☐ Continued | ☐ Modified | ☐ Discharged |
|---|---|---|---|---|

Effective:

Be imprisoned for 2 years _____ months _____ days   At Level 5

Level 5 Treatment: _____

Beginning: _____

Ending: _____

Eff Date: _____

| ☐ Min. Mandatory Time: _____ Title/Sec: _____ | ☐ Credit for | ☐ Time Served |
|---|---|---|

☐ Suspended Immediately

☒ Susp After 1Y _____ ☐ time served for 1Y at Level 4  ☒ Plummer/Home Conf/Day Reporting

☒ Susp After 6m _____ ☐ time served for 6m at Level 3  ☐ Plummer/Home Conf/Day Reporting

☐ Susp After _____ ☐ time served for _____ at Level _____ ☐ Plummer/Home Conf/Day Reporting

Followed By: _____ at Level _____   Balance at Level _____

| Probation for | at Level | Suspended after | for | at Level |
|---|---|---|---|---|

| ☐ Consecutive to: | ☒ Concurrent with: |
|---|---|

| ☐ Level 4 Sentence, Hold at: (circle one)    3    5 | ☐ Guilty but Mentally Ill, to be confined at Delaware Psychiatric Center (Delaware State Hospital) until competent. |
|---|---|

| RESTITUTION | TO: | Amount: |
|---|---|---|
| ☐ Determined by Presentence Memo | Address: | |

| CONDITIONS | ☐ Pay costs, fines, restitution during _____ | ☐ Probationary period  ☐ Previously Ordered |
|---|---|---|

| ☐ Work Referral    ☐ TASC Supervision/Evaluation ☐ Pay Costs of Supervision    ☐ One Time Fee ☐ Community Service: _____ Hours ☐ No Contact with _____ ☐ Victim  ☐ Codefendant | ☐ SEX OFFENDER: Registration/Community Notification Required. Level 1-4 Sentence: Super Ct to provide notice and register deft. Level 5 Sentence: Dept of Correction to provide notice and register deft. | (circle one) COMMITMENT RELEASE DEFERRED COMMITMENT |
|---|---|---|
| ☐ No Driving for _____ ☐ Subst Abuse Eval    ☐ Alcohol Treatment    ☐ Mental Health ☐ Residential Drug/Alc   ☐ Job Training    ☐ Obtain GED ☐ Outpatient Drug/Alc   ☐ Fully Employed    ☐ Random Urinalysis ☐ 4177 DUI Program    ☐ Zero Tolerance ☐ Follow Original Conditions of Probation | | |

| ☒ Nolle Prosses entered on remaining charges ☒ Nolle Prosses entered on Criminal Action Number(s): | PR  $ |
|---|---|
| | SH  $ |
| | TOTAL $ |

| DEF ATTY: | DAG: | CLERK: | CT. REP: |
|---|---|---|---|
| Edinger | Robertson | Ferry | Coale |

# SENTENCING WORKSHEET

Time: _____  Sent to Judge: _____

| | |
|---|---|
| Defendant Name: | Date: 02-11-05 |
| AKA: Lewis, Jimmy | Judge: PLA |
| ID Number: D305D16966 | DOB: 12-25-66 |

| Criminal Action Number: | Charge: |
|---|---|
| Prefix IN   Number 03-06-0177   Suffix | Resist Arrest |

**FINANCIAL**

| ☐ Pay Costs | ☐ Costs Suspended | ☐ Pay Fine $ | ☐ 15% ☐ 18% | ☐ Fine Suspended: |
|---|---|---|---|---|

**IMPRISONMENT/PROBATION**

☐ In Violation of Probation/Contempt    ☐ Revoked    ☐ Continued    ☐ Modified    ☐ Discharged

Effective: _____

Be imprisoned for ____ years ____ months ____ days  At Level 5

Level 5 Treatment: _____

Beginning: _____
Ending: _____
Eff Date: _____

☐ Min. Mandatory Time: _____   Title/Sec: _____  | ☐ Credit for     ☐ Time Served

☒ Suspended Immediately

☐ Susp After _____ ☐ time served for 1 Y at Level 2 ☐ Plummer/Home Conf/Day Reporting

☐ Susp After _____ ☐ time served for _____ at Level _____ ☐ Plummer/Home Conf/Day Reporting

☐ Susp After _____ ☐ time served for _____ at Level _____ ☐ Plummer/Home Conf/Day Reporting

Followed By: _____ at Level _____   Balance at Level _____

Probation for _____ at Level _____  Suspended after _____  for _____ at Level _____

☐ Consecutive to: _____  ☒ Concurrent with: _____

| ☐ Level 4 Program, Hold at: (circle one)   3    5 | ☐ Guilty but Mentally Ill, to be confined at Delaware Psychiatric Center (Delaware State Hospital) until competent. |
|---|---|

| RESTITUTION | TO: _____ | Amount: |
|---|---|---|
| ☐ Determined by Presentence Memo | Address: | |

CONDITIONS    ☐ Pay costs, fines, restitution during _____     ☐ Probationary period  ☐ Previously Ordered

| | | |
|---|---|---|
| ☐ Work Referral | ☐ TASC Supervision/Evaluation | ☐ SEX OFFENDER: Registration/Community Notification Required. Level 1-4 Sentence: Super Ct to provide notice and register deft. Level 5 Sentence: Dept of Correction to provide notice and register deft. |
| ☐ Pay Costs of Supervision | ☐ One Time Fee | |
| ☐ Community Service: _____ Hours | ☐ Determined by Probation | |
| ☐ No Contact with _____ | ☐ Victim  ☐ Codefendant | |
| ☐ No Driving for _____ | | |
| ☐ Subst Abuse Eval | ☐ Alcohol Treatment | ☐ Mental Health |
| ☐ Residential Drug/Alc | ☐ Job Training | ☐ Obtain GED |
| ☐ Outpatient Drug/Alc | ☐ Fully Employed | ☐ Random Urinalysis |
| ☐ 4177 DUI Program | ☐ Zero Tolerance | |
| ☐ Follow Original Conditions of Probation | | |

(circle one)
COMMITMENT
RELEASE
DEFERRED COMMITMENT

☒ Nolle Prosses entered on remaining charges
☒ Nolle Prosses entered on Criminal Action Number(s): _____

PR  $ _____
SH  $ _____
TOTAL $ _____

| DEF ATY: Ellinger | DAG: Robertson | CLERK: Ferry | CT. REP: Coale |
|---|---|---|---|

Document Control No.: 02-03-10-98-09-02

## INTEROFFICE MEMORANDUM

**TO:**        I/M JIMMIE LEWIS SBI 506622

**FROM:**      RECORDS

**SUBJECT:**   YOUR LETTER

**DATE:**      3/8/2005

**CC:**        FILE

Mr. Lewis, despite what the worksheet says, Delaware does not have concurrent sentences. Only Probation sentences can run concurrent not Level 5. You will need to write your judge if you want your sentence amended. As of now, your status sheet is correct and will remain correct unless the judge changes your sentence.



THIRD CLASS

=533=  U.S. POSTAGE
PB METER
7122808
WILMINGTON
APR 04'05
DE

OFFICE OF THE CLERK

UNITED STATES DISTRICT

844 N. KING ST., LOCKBOX

WILMINGTON, DELAWARE 19801

THIRD CLASS

(# 1 OF 4)

THIRD CLASS

JIMMIE LEWIS
SBI # S06622
H.R.Y.C.I.
P.O BOX 9561
WILM, DE 19809

THIRD CLASS

05-51
05-51
05-53