IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JIMMIE LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-051-GMS |
| | ) |
| STANLEY TAYLOR AND STAFF, | ) |
| RAPHAEL WILLIAMS AND STAFF, | ) |
| and FIRST CORRECTIONAL | ) |
| MEDICAL AND STAFF, | ) |
| | ) |
| Defendants. | ) |

**AUTHORIZATION**

I, Jimmie Lewis, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $6.00 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated April 19, 2005.

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: 4-22-05 , 2005.

Jimmie Lewis

IM Jimmie Lewis
SBI# 506602   UNIT D-11-U
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. DISTRICT COURT CLERK
J. CALEB BOGGS FEDERAL BUILDING
844 N. KING ST, LOCKBOX 18
WILMINGTON, DELAWARE
19801

19801+3319 12

