TO : THE U.S DISTRICT COURT CLERK

FROM : MR. JIMMIE LEWIS

IN ACCORDANCE TO THE COURT ORDER DATED APRIL 18TH 2005, ENCLOSED IS A CHECK FOR $6.00 TO COVER THE INITIAL FILING FEE FOR CIV A NO. 05-051 GMS, A CHECK FOR $6.00 TO COVER THE INITIAL FILING FEE FOR CIV A. NO. 05-052 GMS, A CHECK FOR $6.00 TO COVER THE INITIAL FILING FEE FOR CIV A NO. 05-013 GMS.

Jimmie Lewis
SBI # 506602, D-11-U:SHU
DE. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

DATE: 4-24-05

FILED 2005 MAY -5 PM 2:28 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE

No checks were enclosed

Yvette Wala

Jimmie Lewis, SBI# 506622
S.H.U 19, D-11-U
DE. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DELAWARE 19977



U.S. DISTRICT COURT CLERK
J. CALEB BOGGS FEDERAL BUILDING
844 N. KING ST, LOCKBOX 18
WILMINGTON, DELAWARE 19801