IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
MAY 26 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

JIMMIE LEWIS

v.                                    CIV A. NO. 05-051 GMS

STANLEY TAYLOR, ET AL

DECLARATION IN SUPPORT OF PLAINTIFFS MOTION FOR A
TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

JIMMIE LEWIS DECLARES UNDER PENALTY OF PERJURY:

1.) I AM THE PLAINTIFF IN THIS CASE. I MAKE THIS DECLARATION IN SUPPORT OF MY MOTION FOR A TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION TO INSURE THAT I CAN EXERCISE MY CONSTITUTIONAL RIGHTS, SUCH BEING ACCESS TO THE LAW LIBRARY AND PHONE CALLS TO LEGAL COUNSEL, DUE PROCESS FROM THE IBCC BOARD AND THE MULTI DISCIPLINARY TEAM, PROPER MEDICAL TREATMENT, NUTRITIONALLY ADEQUATE FOOD, ADEQUATE RECREATIONAL RELIEF, AND OTHER CONSTITUTIONAL RIGHTS THAT HAVE BEEN DENIED TO ME AT THE DELAWARE CORRECTIONAL CENTER SINCE MY ARRIVAL ON APRIL 7, 2005

2.) AS SET FORTH IN THIS MOTION, STANLEY/TAYLOR, ET AL HAVE DELIBERATELY DENIED ME NUMEROUS RIGHTS ESTABLISHED BY THE UNITED STATES CONSTITUTION;

3.) ON OR ABOUT JUNE 3, 2005 I WILL BE EXPECTED TO BE ABLE TO PERSONALLY RESPOND TO MATTERS OF THE SUPERIOR AND SUPREME COURT(S) RULES AND LAWS IN THE STATE OF DELAWARE AND FOR THE COUNTY OF NEW CASTLE. (SEE ATTACHED);

4.) MY ATTORNEY OF RECORD MR. JOHN S. EDINGER JR HAS INFORMED ME THAT HE INTENDS TO FILE A SUPREME COURT RULE 26(c) AT THAT TIME (SEE ATTACHED NOTATION) FOR WHICH CALLS FOR ME TO EXERCISE MY RIGHT TO PRESENT THE LEGAL GROUNDS THAT I THINK SHOULD BE REVIEWED, BUT BECAUSE OF THE POLICY'S HERE AT THE (S.H.U) LOCATED AT THE DELAWARE CORRECTIONAL CENTER, I HAVE NOT BEEN ABLE TO PERSONALLY DO MUCH NEEDED LEGAL RESEARCH;

5.) BECAUSE OF SAID DENIALS, IT IS NO DOUBT THAT I WILL SUFFER IRREPARABLE HARM, DO TO THE STRICT SUPREME COURT RULE 6 THAT ONLY GIVES ME 30 DAYS (NO EXCEPTIONS) TO FILE MY GROUNDS FOR DIRECT APPEAL, SEE ELROD V. BURNS, 427 U.S. 347, 373, 96 S.CT 2673 (1976).

6.) FOR THE REASONS SET FORTH, THE PLAINTIFF IS ENTITLED TO A TEMPORARY RESTRAINING ORDER FROM THE (S.H.U) SECURITY HOUSING UNIT AND THE (M.H.U) MAXIMUM HOUSING UNIT, PLACES WITHIN THE DELAWARE CORRECTIONAL CENTER WERE CONSTITUTIONALLY ADEQUATE LAW LIBRARY ACCESS IS DENIED TO INMATES SEEKING TO DO PERSONAL LEGAL RESEARCH, AND A PRELIMINARY INJUNCTION THAT WOULD TRANSFER THE PLAINTIFF TO THE GENERAL POPULATION OF THE PRISON, WERE PERSONAL LAW RESEARCH IS AVAILABLE

7.) FOR THE FORGOING REASONS, THE COURT SHOULD GRANT THE PLAINTIFFS MOTION IN ALL ASPECTS.

8.) PURSUANT TO 28 U.S.C 1746, I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

DATE: 5/21/05

Jimmie Lewis
JIMMIE LEWIS
SBI# 506622
S.H.U 19, D-11-U
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

I/M JIMMIE LEWIS
SBI# SU6633   UNIT D-11-4
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S. X-RAY

SMYRNA DE MAY 25 '5

U.S. POSTAGE $0.60

CLERK OF THE U.S. DISTRICT COURT
J. CALEB BOGGS FEDERAL BUILDING
844 N. KING STREET LOCKBOX 18
WILMINGTON, DELAWARE
19801