IN THE SUPREME COURT OF THE STATE OF DELAWARE

064 , 2005

| | |
|---|---|
| J. S. EDINGER | JIMMY LEWIS,<br>   Defendant Below,<br>   Appellant,<br>v. |
| L. C. MEYERS | STATE OF DELAWARE,<br>   Plantiff Below,<br>   Appelee. |

DF $ 00.00

2005

| # | Date | Entry |
|---|---|---|
| 1 | Feb 18 | Notice of appeal from the sentence imposed on 2/11/05 in the Superior Court in and for New Castle County by Judge Ableman in Cr.A.Nos. IN-03-06-0175, IN-03-06-0176 and IN-03-06-0177 and Cr.ID No. 0305016966, with designation of transcript. (served by hand 2/18/05) (rdd) (afb) |
| 2 | Feb 18 | Directions to court reporter of proceedings below to be transcribed pursuant to Rule 9(e) by appellant. (service shown on court reporter by hand 2/15/05) (rdd). |
| 3 | Feb 23 | Letter dated 2/23/05 from Clerk to Kathleen Feldman the transcript is due to be filed by 3/28/05 (clh). |
| 4 | Mar 10 | Document entitled "Notice of Service RE: Motion to Dismiss Counsel, and for Court to Appoint New Counsel" by Jimmie Lewis. (eas) |
| 5 | Mar 10 | Letter dated 3/10/05 from Senior Court Clerk to John Edinger, Esquire, forwarding Mr. Lewis' document for appropriate disposition. (eas) |
| 6 | Mar 23 | Court reporter's final transcript log entry: Prothonotary received 3/21/05. (eas) |
| 7 | Mar 23 | Record w/ transcript. (eas) |
| 8 | Mar 23 | Brief schedule issued. (opening brief due 4/22/05) (eas) |
| 9 | Apr 15 | Motion under Rule 15(b) by appellant. (served by hand 4/15/05) (rdd) |
| 10 | Apr 18 | Letter dated 4-13-05 from Jimmie Lewis to Court, regarding trial transcripts. (clh) |
| 11 | Apr 18 | Order dated 4/18/05 by Ridgely, J., appellant's opening brief and appendix are due 6/3/05. (eas) |
| 12 | Apr 19 | Letter dated 4-19-05 from Clerk to John S. Edinger, |



# PUBLIC DEFENDER OF THE STATE OF DELAWARE
ELBERT N. CARVEL STATE OFFICE BUILDING
820 NORTH FRENCH STREET, THIRD FLOOR
P.O. BOX 8911
WILMINGTON, DELAWARE 19801

**LAWRENCE M. SULLIVAN**
PUBLIC DEFENDER

**ANGELO FALASCA**
CHIEF DEPUTY

**JOHN S. EDINGER**
ASSISTANT PUBLIC DEFENDER

**TELEPHONE**
(302) 577-5137

April 18, 2005

Mr. Jimmy Lewis
SBI# 506622
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977
<u>N440</u>

      RE:  Jimmy Lewis v. State
           <u>Appeal No. 64, 2005</u>

Dear Mr. Lewis:

    In response to your letter dated April 14, 2005 enclosed are copies of the transcripts.

    The Supreme Court has given me the date of June 3, 2005 by which to file your appeal. Once I have a draft version prepared, you will be sent a draft copy of the brief, appendix, transcripts, motion to withdraw, and Rule 26(c). "<u>You will be given a date by which you will have to return comments to me</u>," to be incorporated with the brief that will be filed with Supreme Court.

                                   Sincerely,

                                   John S. Edinger, Jr.
                                   Assistant Public Defender

JSE:mls
Enclosure