IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
MAY 26 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

JIMMIE LEWIS

v.                          CIV A. NO 05-051 GMS

STANLEY TAYLOR, ET AL


AFFIDAVIT FOR REDRESS
OF GRIEVANCE

STATE OF DELAWARE

COUNTY OF KENT

I JIMMIE LEWIS, BEING DULY SWORN,
DEPOSES AND SAYS:

1) I AM THE PLAINTIFF IN THIS CASE. I MAKE THIS AFFIDAVIT IN SUPPORT OF MY MOTION FOR TEMPORY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

2.) AT PRESENT I AM IN THE APPEAL PROCESS OF MY SUPERIOR COURT CRIMINAL FELONY CONVICTION CASE, IN WHICH IS WHY I HAVE REPEATEDLY SENT REQUEST TO MR. BRIAN ENGRAM THE PARA LEGAL SEEKING TO PERSONALLY DO LEGAL RESEARCH AT THE (S.H.U) SECURITY HOUSING UNIT'S LAW LIBRARY LOCATED IN BUILDING 20 AT THE DELAWARE CORRECTIONAL CENTER, BUT ALL MY REQUEST HAVE BEEN IGNORED.

3.) I HAVE SUBMITTED NUMEROUS GRIEVANCES INTO THE GRIEVANCE MAILBOX ON THE UNIT IN ACCORDANCE WITH GRIEVANCE PROCEDURE 4.4 TO THE INMATE GRIEVANCE CHAIRPERSON CPL LISE M. MERSON IN REGARDS TO THE ABOVE MATTER AS WELL AS THE FOLLOWING MATTERS;

4.) BEING DENIED DUE PROCESS BY THE IBCC BOARD, AS WELL AS THE MULTI DISCIPLINARY TEAM;

5.) BEING DENIED LEGAL PHONE CALLS TO MY DEFENSE & CIVIL ATTORNEY'S DURING THE 8AM TO 4PM SHIFT;

6.) BEING DENIED PROPER MEDICAL TREATMENT FOR CARDIAC AND URINARY ILLNESSES;

7. BEING DENIED NUTRITIONALLY ADEQUATE MEALS;

8.) BEING DENIED ADEQUATE RECREATIONAL RELIEF;

9.) I have contacted the (D.C.C) legal services administrator Mr. Michael Little in regard to these matters, but to no avail;

10.) I have contacted the (S.H.U) Deputy Warden Ms. Betty Burris on these matters, but to no avail;

11.) I have contacted the Warden of the Delaware Correctional Center Mr. Thomas Carroll on these matters, but to no avail;

12.) I have contacted the Commissioner of the Delaware Department of Corrections Mr. Stanley Taylor in regards to these matters, but to no avail.

I hereby, being duly sworn submit this affidavit to support a temporary restraining order & preliminary injunction, as well as to varify that I have exhausted all the administrative remedies available.

DATE: 5/21/05

Jimmie Lewis
SBI# 506622
Del. Corr. Center
1181 Paddock Rd
Smyrna, DE 19977

I/M JIMMIE LEWIS
SBI# SU6622   UNIT D-11-4
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S. X-RAY

CLERK OF THE U.S. DISTRICT COURT
J. CALEB BOGGS FEDERAL BUILDING
844 N. KING STREET LOCKBOX 18
WILMINGTON, DELAWARE
19801