IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
MAY 26 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

JIMMIE LEWIS

V.                          CIV A NO. 05-051 GMS

STANLEY TAYLOR, ET AL

ORDER TO SHOW CAUSE AND
TEMPORARY RESTRAINING ORDER

STATE OF DELAWARE

COUNTY OF KENT

UPON THE SUPPORTING AFFIDAVITS OF THE PLAINTIFF IT IS ORDERED THAT DEFENDANT STANLEY TAYLOR, ET AL SHOW CAUSE IN ROOM _____ OF THE UNITED STATES DISTRICT COURT, 844 N. KING ST, WILMINGTON - DE 19801, ON THE _____ DAY OF _____, 2005, AT _____ O'CLOCK, WHY A PRELIMINARY INJUNCTION SHOULD NOT BE ISSUED PURSUANT TO RULE 65(a), FED. R. CIV. P,—

IM JIMMIE LEWIS
SBI# 506622   UNIT D-11-4
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



CLERK OF THE U.S. DISTRICT COURT
J. CALEB BOGGS FEDERAL BUILDING
844 N. KING STREET LOCKBOX 18
WILMINGTON, DELAWARE
19801