IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Jimmie Lewis, *Pro Se*, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-51 (GMS) |
| | ) |
| Stanley Taylor, *et al.*, | ) |
| | ) |
| Defendant. | ) |

## ORDER

WHEREAS presently before the court is the plaintiff's motion for preliminary injunction/temporary restraining order (D.I. 14), and his motion to amend the complaint (D.I. 17);

WHEREAS the basis for the first motion (D.I. 14) is that the plaintiff needed more access to the prison's library prior to a court appearance, for which he had counsel, scheduled for June 3, 2005;

WHEREAS that date has passed, and therefore, the motion is moot;

WHEREAS the second motion (D.I. 17) was not in compliance with Local Rule 15.1, which provides:

> A party who moves to amend a pleading shall attach the pleading as amended, and one copy, to the motion. In addition, the motion shall include a form of the amended pleading which shall indicate in what respect it differs from the pleading which it amends, by bracketing materials to be deleted and underlining materials to be added. Any amendment to a pleading, whether filed as a matter of course or upon a motion to amend, must, except by leave of Court, reproduce the entire pleading as amended, and may not incorporate any prior pleading by reference. A failure to comply with this rule is not grounds for denial of the motion. The amended pleading shall be deemed filed as of the date of an order allowing the amendment, unless the order otherwise provides.

WHEREAS the court will grant the motion and order the plaintiff to submit an amended pleading which should comply with Rule 15.1 to the extent possible.

IT IS HEREBY ORDERED THAT:

1.   The plaintiff's motion for preliminary injunction/temporary restraining order (D.I. 14) be DENIED; and

2.   The plaintiff's motion to amend (D.I. 17) be GRANTED.

Dated: October 5, 2005

UNITED STATES DISTRICT JUDGE