IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS,

V.

STANLEY TAYLOR, ET AL.,

CA. NO. 05-051 (GMS)



RECEIVED
OCT 21 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

AFFIDAVIT IN SUPPORT OF
AMENDED COMPLAINT

COMES NOW, THE PLAINTIFF JIMMIE LEWIS, PRO-SE, HEREBY PRESENTS AFFIDAVIT IN SUPPORT OF AMENDED COMPLAINT, AND ASSERTS THE FOLLOWING:

1.) ON 1/11/2005, I THE PLAINTIFF JIMMIE LEWIS, FILED A CIVIL ACTION COMPLAINT AGAINST STANLEY TAYLOR, ET AL.,

2.) 04/06/2005, I THE PLAINTIFF JIMMIE LEWIS, FILED AN AMENDED COMPLAINT THAT WAS CONSTRUDE AS (3) SEPERATE COMPLAINTS

3.) SUBSEQUENTLY, I THE PLAINTIFF JIMMIE LEWIS, FILED A MOTION REQUESTING PERMISSION TO AMEND SAID COMPLAINT IN ORDER TO CURE DEFICIENCIES.

4.) IN RE OF CA. NO. 05-051 (GMS), I AM SUBMITTING THE ACCOMPANYING AMENDED COMPLAINT, AS HALF OF THE CLAIMS OF MY COMPLAINTS, THE MEDICALLY RELATED CLAIMS OF THE PLEADINGS STATED IN THE COMPLAINT, SEE ATTACHED COMPLAINT.

5.) IN REGARDS TO CA. NO. 05-013 (GMS), RAPHEL WILLIAMS, ET AL.; I HAVE ALSO FILED A MOTION REQUESTING PERMISSION TO AMEND SAID COMPLAINT IN ORDER TO CURE DEFICIENCIES.
THIS COMPLAINT CONSISTS OF UNCONSTITUTIONAL PRISON CONDITIONS, ETC, ETC, IN WHICH IS THE REMAINING HALF OF THE PLEADINGS STATED IN THE COMPLAINT.

6.) IN REGARDS TO CA. NO. 05-052 (GMS), FIRST CORRECTIONAL MEDICAL, ET AL., I HAVE ALSO FILED A MOTION REQUESTING PERMISSION TO AMEND SAID COMPLAINT IN ORDER TO CURE DEFICIENCIES.
APON THE FILING OF CA. NO. 05-013 (GMS), THE CLAIMS OF MY COMPLAINTS WILL BE COMPLETE AND THEREAFTER RENDER CA. NO. 05-052 (GMS) MOOT.

7.) IN REGARDS TO CA. NO. 05-013 (GMS), I REQUEST THAT THE COURT REVIEW SAID AMENDED COMPLAINT FIRST IN ORDER TO DISMISS CA. NO. 05-052 (GMS) WITHOUT PREJUDICE THEREAFTER.

DATE: 10/11/05

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

P.1) The date of my incarceration 5/26/03, the Wilmington DE Police Dept put me in the custody of the Department of Corr - (D.O.C.) at the Howard R. Young Corr. Inst. located at 1301 East 12th Street, Wilmington Delaware 19809. At that time I was classified as being delussional and psychotic, for which is why I was admitted into the infirmary's close psych observation room on PCO Level II status.

First Corr. Medical, (F.C.M.) did not and still does not have a mental health care provider on staff 24 hrs to administer mental health patients care during vital moments of there admission in the infirmary, like when drinking water is needed, when the patient needs to wash his hands with soap and water before meals are served, or to supervise recreational relief. A mental health care provider not being readily available gives reason why Nancy Dunlap an investigator for the District Attorney's Office was allowed to interview me, while I was wearing a paper suicide gown, incompetent, under the influence of mind altering medicine, while on PCO status. Because of this I was called to stand trial, without F.C.M. first informing the court of my cronic mental illnesses, for which I was prescribed psychotropic medicine, and for which I am now presently prescribed 300 mg of seroquel daily.

While in the infirmary's psych close observation room(s) #196 or #197, I was repeatedly subjected to being put on display when ever I become delussional or psychotic, for every one to see, mock and critisize as if I were in a cage at a zoo. This is due to the observation room(s) windows being large, about 2 by 3 feet in width and length. The many times, in which number about 15 to 20 different occassions, ranging from 5/26/03 to 12/10/04, signify the duration of time ive been subjected to the many different mental and physical health hazards listed below.

These room(s) are the only designated assignment housing quarters for psych patients on PCO Level II status. These rooms are not designed for more than (4) hour psych or security observations, because there are no sinks with running water, and ther are no toilets that grants the ability to properly dispose of bodily fluids or bodily waste. The rooms are actually condemned cells.

P.2) BECAUSE OF PATIENTS WHO HAVE OCCUPIED THE ROOMS WERE NOT SUPPLIED WITH PROPER MEANS TO DISPOSE OF BODILY FLUIDS AND BODILY WASTE, GIVES REASON WHY THE ROOMS ARE SATURATED WITH FECES, URINE, MUCUS, BLOOD, SALIVA, AND COMMUNICABLE GERMS IN WHICH ARE DIRECTLY RESPONSIBLE FOR MY BLADDER BECOMING INFECTED. APON MY BEING DISCHARGED FROM THE INFIRMARY, DR. ARAMBURO WOULD PRESCRIBE ME THE ANTIBIOTIC BACTRIM IN WHICH THE DOCTOR HAS DONE ON FIVE (5) DIFFERENT OCCASSIONS. THE DOCTOR AT THE DELAWARE'S PSYCHIATRIC CENTER ALSO HAD TO PRESCRIBE ME THE ANTI-BIOTIC BACTRIM SHORTLY AFTER BEING TRANSFERED THERE ON 5/20/04, AFTER BEING CONFINED FOR 30 DAYS IN ROOM # 197.

    IVE BEEN SUBJECTED TO ROOMS # 196 OR # 197, FOR DAYS, WEEKS AND FOR AS LONG AS 30 DAYS. AND THROUGH OUT THE COURSE OF THOSE ADMISSIONS, 8 TO 4 SIHFT C/O'S TALENTI AND MS. NEWMAN AND 4 TO 12 SHIFT C/O MR. M. BLUE HAVE ALL REFUSED EVERY REQUEST I MADE TO BE ALLOWED TO WASH MY HANDS WITH SOAP AND WATER BEFORE MEALS ARE SERVED. THESE EXACT SAME OFFICERS HAVE ALSO REPEATEDLY DENIED ME DRINKING WATER, CAUSING ME TO BECOME DEHYDRATED ON SEVERAL OCCASSIONS IN WHICH ONLY AMPLIFIED MY BLADDER INFECTION.

    DURING THE SUMMER THE ROOMS BECOME EXTREMELY HOT, TO THE POINT THAT THE CLIMATE IS LIKE A SAUNA CAUSING ME TO SWEAT HEAVILY, AND LITERALLY CAUSING ME TO GASP FOR OXYGEN, IN WHICH ONLY AMPLIFIED MY NEED FOR WATER, TEN FOLD. AND DURING THE WINTER MONTHS, THE ROOMS ARE ICE COLD, AND BECAUSE ITS PROTOCOL FOR PCO LEVEL II PATIENTS TO BE STRIPPED OF ALL PERSONAL CLOTHIN AND SHARP ITEMS, FOR WHICH ARE REPLACED BY ULTRA THIN PAPER GOWNS AND ULTRA THIN PAPER FOOTIES. BECAUSE THERE IS NO SUICIDE MATTRESS AT ALL, AND THEI ROOMS ARE NOT PADDED OR RUBBERIZED, GIVES REASON FOR WHY I WAS FORCED TO ENDURE MY BARE SKIN COMING IN DIRECT CONTACT WITH THE ICE COLD FLOOR, THE ICE COLD CONCRETE PLATFORM OR THE ICE COLD PLASTIC (4) POINT RESTRAINT HARNESS WHEN EVER I HAD TO SIT OR REST. I HAVE BECOME SICK WITH COLD AND FLU, FOR WHICH APON MY BEING DISCHARGED DR. ARAMBURO HAS GIVEN ME PRESCRIPTIONS FOR COLD MEDICINE. THESE ROOM(S) ARE SUPPOSE TO ENSURE SAFETY, BUT HAVE ONLY SERVED ME AS BEING, REPULSIVE, HIDEOUS, TORTURE CHAMBERS THAT ARE DIRECTLY RESPONSIBLE FOR CAUSING ME TO CONTEMPLATE MORE INDEPTH SUICIDAL WAYS AS A QUICK RATIONAL FORM OF RELIEF.

r. 5) ON SEVERAL OCCASSIONS I HAVE TRIED TO OBTAIN MEDICAL TREATMENT FOR THESE ILLNESSES I'VE DISCRIBED WHILE ON PCO LEVEL II STATUS, ONLY TO REPEATEDY BE DENIED BY NURSE DIANNE HERNANDEZ AND NURSE INNA, WHO WOULD BOTH INSTRUCT ME TO FILL OUT A MEDICAL SICK CALL SLIP. KNOWING VERY WELL THAT MY PCO LEVEL II STATUS PROHIBITED ME ACCESS TO A PEN OR A PENCIL. THIS WAS ALWAYS DONE DURING MORNING MEDICINE PASS. ALSO, WHILE ON PCO II STATUS, THE TIME HAD COME FOR ME TO FILE APPLICATION FOR CERTIFICATION TO THE SUPREME COURT, SO I INFORMED THE OFFICER, WHO IN TURN NOTIFIED CAPT EMIG WHO WAS IN THE INFIRMARY MAKING SECURITY CHECKS, CAPT EMIG NOTIFIED MR DONALD NAPOLIN OF MENTAL HEALTH, AND MR NAPOLIN NOTIFIED THE SUPERVISOR MR FISH, WHO NOT ONLY DENIED ME LEGAL MAIL WHILE I WAS IN THE INFIRMARY, HE ALSO WROTE A MEMORANDUM THAT DID NOT ALLOW ME TO RECEIVE MY LEGAL MAIL, THAT DID NOT ALLOW ME TO SEND LEGAL MAIL, AND DID NOT ALLOW ME TO RECEIVE LEGAL ASSISTANCE, SEE ATTACHED. THIS HAS CAUSED ME LEGAL DELIMMA'S CONCERNING MY SUPERIOR COURT CASE.

AND BECAUSE THERE IS A LACK OF MENTAL HEALTH SUPERVISION, IS THE REASON THE SECURITY STAFF ALWAYS GAVE ME FOR WHY I COULD NOT RECEIVE RECREATION RELIEF THAT EXCEEDED FIFTEEN MINUTES. IT IS ALSO PROTOCOL, TO DENY A PHONE CALL TO MY FAMILY AND ATTORNEY APON ADMISSION INTO THE INFIRMARY, TO INFORM THEM OF MY PSYCHOLOGICAL CONDITION. AND (F.C.M.) DOES NOT CONTACT FAMILY OR ATTORNEY FOR ME.

POLICIES OF THE D.O.C, THE H.R.Y.C.I AND F.C.M HAVE DENIED ME MY RIGHT TO A FULL AND FAIR TRIAL. ALSO.

THE WARDEN OF H.R.Y.C.I MR. RAPHEL WILLIAMS INFORMED ME ON OCT 6, 03 THAT MY CIVILIAN CLOTHING WOULD NOT BE TRANSFERED TO THE TRIALS COURT BUILDING FOR SECURITY REASONS. THIS DENIED ME A FULL AND FAIR OPPORTUNITY TO PRESENT MYSELF IN FRONT OF A JURY, AS A RESPECTABLE LAW ABIDING CITIZEN, ETC, ETC.

FURTHERMORE, DURING MY FIRST DAY OF TRIAL 10/21/03, D.O.C OFFICERS WHO PROVIDED TRIAL COURT SECURITY FOR THE SUPERIOR COURT JUDGE PEGGY L. ABLEMAN ASSULTED AND THREATENED ME. CORPORAL AUTHOR DAVIS AND CORPORAL ARRON GOINES BOTH ASSULTED ME AND THREATENED ME ON THE COURT HOUSE ELEVATOR AS WELL AS ON THE COURT HOUSE GROUND FLOOR. THIS INCIDENT PUT ME IN A STATE OF DURESS AS I PRESENTED TRIAL TESTIMONY.

P.4

A COMPLAINT OF THIS INCIDENT IS DOCUMENTED IN MY SUPERIOR COURT CASE FILE. MY MENTAL ILLNESS CAUSED ME TO HAVE A BOUT WITH INCOMPETENCY DURING AND AFTER TRIAL, IN WHICH GIVE REASON TO WHY THE OFFICER DAVIS AND GOINES ASSULTED AND THREATENED ME, AS WELL AS FOR WHY I WAS NOT ABLE TO FILE GRIEVANCE IN ACCORDANCE WITH PROCEDURE 4.4.

DURING THE COURSE OF MY INCARCERATION AT H.R.Y.C.I MY MENTAL ILLNESSES HAVE CAUSED ME TO BE SUBJECTED TO TO NUMEROUS DISCIPLINARY ACTIONS THAT HAS DISRUPTED TREATMENT PRESCRIBED TO ME BY DR. JOSHI THE (F.C.M) PSYCHIATRIST. CAPT EMIG, CAPT PARKER AND CAPT BAMFORD HAVE ALL PLACED ME ON ADMINISTRATIVE SEGREGATION WITHOUT FIRST OBTAINING A PSYCHOLOGICAL EVALUATION, EVEN THOUGH THEY ALL ARE FULLY AWARE OF MY MENTAL HEALTH PATIENT STATUS. LT. SHEET AND LT. SABATO HAVE ACTUALLY CONDUCTED DISCIPLINARY HEARINGS WHILE I WAS INCOMPETENT ON PCO II STATUS, FOR WHICH NEITHER LIEUTENANT TOOK IT INTO CONSIDERATION TO FIRST CONSULT WITH DR. JOSHI, BEFORE GIVING ME SANCTIONS THAT ULTIMATELY CAUSE ME TO RELASPE. THE H.R.Y.C.I'S SECURITY STAFF HAVE PROCEEDED WITH TOTAL DISREGARD FOR MY PSYCHOLOGICAL MENTAL ILLNESSES AND TREATMENT. LT. MITCHELL FROM 12 TO 8 SHIFT HAS ALSO DONE THE EXACT SAME THING.

DURING THE LATER PART OF 2003, I WAS IN CELL #1 ON 1-E POD, THE DETENTION POD, WHEN I CONFRONTED OFFICER PRESLEY ABOUT COACHING HIS CO-WORKER — OFFICER C. JOHNSON, HOW TO BEST FALSIFY ESSESSIVE FORCE REPORTS, FOR WHICH HE WAS DOING WITH PRIDE. OFFICER PRESLEY CAME TO MY DOOR AND ORDERED ME TO THE REAR OF THE CELL. OFFICER C. JOHNSON STOOD AT THE DOOR, AS OFFICER PRESLEY APPROACHED ME WITH A LARGE CAN OF PEPPER MASE THAT HE USED TO SPRAY ME APON MY FACE, HEAD, HANDS, AND UNIFORM UNTIL I WAS SOAKED. I WAS ESCORTED TO THE INFIRMARY TO BE CHECKED FOR INJURY. BUT THE OFFICERS DID NOT ALLOW THE NURSES TO GIVE ME TREATMENT FOR MY BURNING SKIN AND EYES. NOTE: THERE WAS NOT A DISCIPLINARY REPORT WROTE.

DURING OCT OF 2003, 12 TO 8 SHIFT OFFICERS LT. CHUDZIK, C/O HARRIFORD AND C/O SOUL, ALL CAME INTO MY ASSIGNED ROOM 1-F ADMINISTRATIVE SEGREGATION #5, DUE TO MY REQUESTING TO BE ALLOWED TO SHOWER BEFORE BEING TRANSFERED TO COURT.

I INFORMED LT. CHUDZIK AND HIS CO-WORKERS THAT I WAS GOIN TO TRIAL, FOR WHICH IS WHY I'M REQUETING TO BE ALLOWED TO SHOWER; ESPECIALLY IN CONSIDERATION OF A 72 HOUR RECREATION SANCTION THAT PREVENTED ME FROM TAKING A SHOWER OR A WASH UP IN THE SINK, DUE TO THE SANCTION BEING FOR FLOODING THE POD.

LT. CHUDZIK IMMEDIATELY ORDERED OFFICER SOUL TO GET THE STRECHER FROM THE INFIRMARY. I WAS THEN HAND CUFFED AND MY FEET WERE SHACKELED, ALONG WITH MY BEING STRAPPED DOWN TO THE STRECHER AND BARGED INTO THE DOORS AND THE WALLS ALL THE WAY TO BOOKING AND RECEIVING, WERE I WAS UNSTRAPPED AND TOSSED ONTO THE FLOOR. ONCE WE ARRIVED OFFICER CHAPEL JOINED IN WITH OFFICER(S) HARRIFORD AND SOUL. ONCE I WAS ON THE FLOOR, OFFICER HARRIFORD STEPPED ON MY NECK AND OFFICER CHAPEL STEPPED ON MY HAND. AS THE HANDCUFFS AND SHACKELS WERE BEING REMOVED, OFFICER CHAPEL CONTINUOUSLY SHOUTED OFFENSIVE REMARKS AND ORDERS AT ME!!!

THESE ACTS WERE COMMITTED AGAINST ME BECAUSE ON AD-SEG AND ON THE DETENTION PODS 1-E AND 1-F, THERE ARE NO GATES INBETWEEN THE CELL DOOR(S) AND THE POD(S). TOGETHER ALONG WITH A SAFETY REGULATION, THAT SUPERVISES INMATE TO OFFICER PERSON TO PERSON CONTACT, WITHOUT INTERNAL AFFAIRS BEING PRESENT TO FILM CELL EXTRACTIONS, OR MOVES THAT CALL FOR INMATES TO LEAVE THE POD.

ALSO, ON 1-E AND 1-F PODS, OFFICERS WHO ARE NOT MEDICALLY CLEARED TO SERVE FOOD, DO NOT WEAR HAIR NETS AND WHO DO NOT WEAR APRONS. 1-E AND 1-F PODS REGULARLY RECEIVE OFFICERS FROM ALL OVER THE INSTITUTION WHO AUTHOR THE DISCIPLINARY REPORTS. THIS SITUATION BREEDS ACTS OF REPRISAL, FOR WHICH GIVES REASON FOR WHY I HAVE FOUND, FINGER NAIL, HAIR, AND LINT ON MY PLATE SEVERAL DIFFERENT TIMES, IN WHICH PREVENTS ME FROM EATING. AND IN REGARDS TO MY RELIGIOUS DUTIES AND OBLIGATION, IN WHICH FORBIDS ME TO EAT PORK, I AM NOT PROVIDED WITH AN ALTERNATIVE SUBSTITUTE WHEN EVER THE PORK TURKEY HAM OR THE PORK SAUSAGES ARE SERVED.

I AM NOT PROVIDED WITH ACCESS TO COMMISSARY AT ALL. THIS MEANS I HAVE BEEN FORCED TO GO WITHOUT DEODARANT, HAIR OIL, AND SKIN LOTION. THIS TOGETHER WITH BEING PROVIDED ONLY ONE UNIFORM THAT BECOMES FILTHY AFTER ONE WEEK, PUTS ME IN AN UNUSUAL SITUATION, BECAUSE I AM ONLY SUPPLIED ONE SMALL BAR OF SOAP, IN WHICH MEANS IF I USE THE SMALL BAR OF SOAP TO WASH OUT MY UNIFORM, I WON'T HAVE SOAP FOR MY BODY.

NOT BEING ABLE TO PURCHASE HYGIENE PRODUCTS, AND NOT BEING ABLE TO WASH OUT MY UNIFORM, HAS FORCED ME TO REPRESENT MYSELF AT TRIAL IN THE PRESENCE OF THE JURY, IN THE PRESENCE OF ADMINISTRATIVE OFFICIALS, IN THE PRESENCE OF THE SECURITY STAFF, AND IN THE PRESENCE OF THE MEDICAL STAFF AND FELLOW INMATES, IN A DEGRADING AND UNDIGNIFIED MANNER, DUE TO MY SKIN BEING ASHY, MY UNDERARMS BEING SMELLY AND MY UNIFORM BEING FILTHY.

H.R.Y.C.I SECURITY PASS OUT AND RECEIVES ALL MAIL. BECAUSE THERE ARE NO GRIEVANCE BOXES OR FEDERAL MAIL BOXES, THE OFFICER IS INFORMED ABOUT EVERY ONE YOU INTEND TO CORRESPOND WITH, AND EVERYONE WHO INTEND TO CORRESPONDE WITH YOU, IN WHICH IS WHY INCOMING OR OUTGOING CORRESPONDENCES SIMPLY VANISH. 1-E AND 1-F DETENTION INMATES DO NOT RECEIVE VISITS AND DO NOT RECEIVE TELEPHONE RIGHTS. IN WHICH LETS THE RULE BREAKIN VIOLATING OFFICER KNOW THAT A INMATE SUCH AS MYSELF DOES NOT HAVE ANY RECOURSE, BECAUSE I AM CONTAINED TO THE POD HE/SHE CONTROLS.

DUE TO MY SUPERIOR COURT CASE, I HAVE REQUESTED TO BE ALLOWED TO UTILIZE THE PHONE TO CALL MY ATTORNEY AT LEAST TWICE A WEEK, BUT I DONT GET RETURN RESPONSES.

BECAUSE EACH POD IN THIS INST, IS SEGREGATED AS IF IT WAS A JAIL HOUSE IN AND OF ITSELF, I REQUEST THAT A FEDERAL MAIL BOX BE PUT ON EACH POD, ESPECIALLY AD-SEG AND DETENTION PODS 1-E AND 1-F.

IT IS PROTOCOL NOT TO ALLOW ANY OUTSIDE REC, I HAVENT HAD FRESH AIR AND SUNSHINE FOR THREE MONTH OR MORE. 1-E AND 1-F INMATES ARE GRANTED LAW LIBRARY, BUT 1-E DOES NOT HAVE ANY ACCESS TO A LIBRARY AND BOOKS CAN NOT BE MAILED INTO ME.

H.R.Y.C.I UTILIZES A TWO WAY INTERCOM THAT IS HOOK UP IN EVERY ROOM ON THE PRE-TRIAL SIDE OF THE INSTITUTION, AND IS OPERATED FROM INSIDE OF THE OFFICERS MODULE. THE VOLUME OF THESE 8" TO 10" WOOFERS ARE SET AT A RANGE THAT LEAVE MY EARS RINGING. THIS HAS CAUSED ME SEVERE EARACHES AND HEADACHES. ON A FEW OCCASSIONS WHILE I WAS ASLEEP, IVE BEEN RUDELY AWAKENED BY THE EXTREMELY LOUD SPEAKER, THAT ACTUALLY SOUNDS LIKE A BULL HORN RIGHT ON MY EARS. THIS HAS CAUSED ME PANIC ATTACKS IN WHICH IS RESPONSIBLE FOR MY BLOOD-PRESURE SPIKING TO THE POINT WERE I HAD TO BE GIVEN NITROGLYCERIN. THE CONSTANT RINGING IN MY EARS HAVE MADE IT DIFFICULT FOR ME TO HEAR AT TIMES. DURING OCT-2003 I FILED A GRIEVANCE IN REGARDS TO THESE MATTERS BUT I DID NOT RECEIVE A RESPONSE.

P. 1  I SPOKE TO THE SUMMER OF 2003 I CONFRONTED THE MENTAL HEALTH COUNSELOR, DEBRA MUSKARELLI ABOUT USING THE TWO WAY INTERCOM SYSTEM TO SPY ON ME. THE COUNSELOR IN TURN ASKED ME HOW WOULD I KNOW SHE WAS SPYING ON ME? I EXPLAINED THAT THE INTERCOM MAKES A STATIC CLICKING SOUND WHEN ITS TURNED ON OR OFF. THE COUNSELOR THEN REVEALED TO ME THAT IT IS NOT CALLED SPYING ON HER POD, IN WHICH IS 1-D POD, THE MENTAL HEALTH POD, IT IS CALLED - MONITORING. IT WAS AT THAT POINT THAT I COULDNT SHAKE THE PARANOID FEELINGS I KEEP EXPERIENCING, SO I REQUESTED TO BE TRANSFERED OFF THE MENTAL HEALTH POD. MY PRIVACY RIGHTS HAVE BEEN VIOLATED, BECAUSE THERE ARE NO WARNING SIGNS POSTED AT ALL. THERE ARE NO WARNING SIGNS POSTED ON THE WALLS NEAR THE INMATE TELEPHONES, AND THERE ARE NO WARNING SIGNS POSTED NEAR THE PHONE SYSTEM IN THE VISITING AREA, THERE IS NO WARNING THATS POSTED OR RECORDED, THAT LETS ME KNOW THAT THE DISTRICT ATTORNEY FOR THE STATE OR ANY OTHER STATE OFFICAL CAN UTILIZE INFORMATION OBTAINED FROM THESE SAID DEVICES, THAT CAN BE USED AGAINST ME.

BEING A MENTAL HEALTH PATIENT AND BEING CONFINED ON 1-E POD IS DETRIMENTAL TO MY MENTAL HEALTH - TREATMENT AND REHABILITATION BECAUSE I AM NOT ALLOWED TO RECEIVE MENTAL HEALTH MATERIAL OR RELIGIOUS MATERIAL THAT I WOULD LIKE TO UTILIZE TO STRENGTHEN MYSELF, MENTALLY, SPIRITUALLY AND MORALLY. I AM DENIED ACCESS TO RELIGIOUS SERVICES AND RELIGIOUS COUNSELING, AND THAT'S NOT RIGHT.

ALSO, JUDGE CHARLES H. TOLIVER IV ORDERED THAT I BE TRANSFERED TO THE DELAWARE PSYCHIATRIC CENTER TO BE EVALUATED FOR COMPETENCY, AND TO RECEIVE TREATMENT FOR MY WELL BEING, AND I WAS TRANSPORTED TO D.P.C ON 5/20/04. BUT ON 6/25/04 H.R.Y.C.I CAME TO D.P.C AND TRANSFERED ME BACK TO D.O.C VIA H.R.Y.C.I, WITHOUT A COURT ORDER.

NOTE: ALL PERSONS WHO ARE INVOLVED AND OR RESPOND TO THESE CLAIMS, MAYBE SUBJECTED TO BEING INTERVIEWED BY A "LIE DETECTOR" AKA A "POLYGRAPH."

DATE: 3/26/05

*Jimmie Lewis*
JIMMIE LEWIS
SBI # 506622
H.R.Y.C.I
P.O. BOX 9561
WILM, DE 19809