OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

November 22, 2005

TO:   Jimmie Lewis
      SBI #506622
      DCC

RE:   *Request for Copywork*; CA 04-1350 GMS, 05-13 Gms, 05-51 GMS, and 05-52 GMS

Dear Mr. Lewis:

A letter has been received by the Clerk's office from you requesting a copy of docket sheets.

Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copywork is fifty ($.50) cents per page. *Should you require copywork in the future*, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

Your cases are assigned to the Honorable Gregory M. Sleet and are currently pending before the Court. You will be advised by the Court as to further developments in your cases.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/jp

PETER T. DALLEO
CLERK

cc:   The Honorable Gregory M. Sleet; CA 04-1350 GMS, 05-13 GMS, 05-51 GMS, & 05-52 GMS

To: The U.S. District Court Clerk

From: Jimmie Lewis

RE: I'm writing because I am in due need of Docket Sheets for the following cases:

1.) CA. NO. 04-1350 (GMS)
2.) CA. NO. 05-013 (GMS)
3.) CA. NO. 05-051 (GMS)
4.) CA. NO. 05-052 (GMS)

I filed my cases informa Pauperis, because I am indigent and can not afford to send $3.00 x 4 = $12.00 for a copy of each docket sheet. I am more than $100.00 in dept due to postal fees, and I only receive about $25.00 a month income. I need to know the disposition of my pending cases? I won't have funds to send to "Parcels Inc" for at least 6 months, in which will hinder my ability to patition to the court.

DATE: 11/11/05

Jimmie Lewis
SBI # 506622
DEL. CORR CENTER
SMYRNA, DE 19977